## CA02db Intake

**From:**       NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:**       Thursday, March 16, 2023 2:49 PM
**To:**         NYSD CourtMail
**Subject:**    Activity in Case 7:21-cv-05334-NSR Frey et al v. Bruen et al Appeal Record Sent to USCA - Electronic File

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/16/2023 at 2:49 PM EDT and filed on 3/16/2023
**Case Name:**      Frey et al v. Bruen et al
**Case Number:**    7:21-cv-05334-NSR
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [81] Notice of Interlocutory Appeal, filed by Jack Cheng, Jason Frey, William Sappe, Brianna Frey were transmitted to the U.S. Court of Appeals..(nd)**

**7:21-cv-05334-NSR Notice has been electronically mailed to:**

William James Taylor, Jr     wtaylor@everytown.org, dni@everytown.org

Amy L Bellantoni     abell@bellantoni-law.com

Neil Shevlin     Neil.Shevlin@ag.ny.gov, OAGLitJ@ag.ny.gov, oaglitl@ag.ny.gov

Nicholas Robert Ciappetta     nciappet@law.nyc.gov, ecf@law.nyc.gov

Suzanna Publicker Mettham     suzanna.mettham@ag.ny.gov, OAGLitI@ag.ny.gov

Rachel Kane Moston     rmoston@law.nyc.gov, ecf@law.nyc.gov

Ian Ramage     ian.ramage@ag.ny.gov, OAGLitH@ag.ny.gov, OAGLitI@ag.ny.gov

**7:21-cv-05334-NSR Notice has been delivered by other means to:**

APPEAL,ECF

**U.S. District Court**
**Southern District of New York (White Plains)**
**CIVIL DOCKET FOR CASE #: 7:21–cv–05334–NSR**

Frey et al v. Bruen et al
Assigned to: Judge Nelson Stephen Roman
Cause: 42:1983 Civil Rights Act

Date Filed: 06/16/2021
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jason Frey**                          represented by  **Amy L Bellantoni**
                                                        The Bellantoni Law Firm, LLP
                                                        2 Overhill Road
                                                        Suite 400
                                                        Scarsdale, NY 10583
                                                        914–367–0090
                                                        Fax: 888–763–9761
                                                        Email: abell@bellantoni–law.com
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brianna Frey**                        represented by  **Amy L Bellantoni**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Cheng**                          represented by  **Amy L Bellantoni**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Sappe**                       represented by  **Amy L Bellantoni**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kevin P. Bruen**                      represented by  **Ian Ramage**
*Acting Superintendent of the New York*                NYS Office of The Attorney General
*State Police, in his official capacity*               Litigation Bureau
*TERMINATED: 10/04/2022*                                28 Liberty Street
                                                        18th Floor
                                                        New York, NY 10005
                                                        212–416–8659
                                                        Email: ian.ramage@ag.ny.gov
                                                        *LEAD ATTORNEY*

                                                        **Neil Shevlin**
                                                        New York State Office of the Attorney
                                                        General (28 Liberty)
                                                        28 Liberty Street, 15th Floor
                                                        New York, NY 10005
                                                        (212) 416–8561
                                                        Fax: (212) 416–6009
                                                        Email: Neil.Shevlin@ag.ny.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**New York City, New York**
                            represented by  **Rachel Kane Moston**
New York City Law Department
100 Church Street Room 6−188
New York, NY 10007
(212)−788−0767
Fax: (212)−791−9714
Email: rmoston@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Ciappetta**
New York City Law Department
Administrative Law and Regulatory
Litigation Division
100 Church Street
New York, NY 10003
212−256−4036
Email: nciappet@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dermot Shea**
*in his official capacity as NYPD Police*
*Commissioner*
*TERMINATED: 10/04/2022*
    represented by  **Rachel Kane Moston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Ciappetta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keechant Sewell**
*in her Official Capacity*
    represented by  **Rachel Kane Moston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Ciappetta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Bruen**
*in his official capacity*
*TERMINATED: 10/14/2022*

**Defendant**

**Steven Nigrelli**
*in his Official Capacity*
    represented by  **Suzanna Publicker Mettham**
New York State Office of the Attorney
General
Litigation
28 Liberty St.
Ste 18th Floor
New York, NY 10005
212−416−6295
Email: suzanna.mettham@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Everytown for Gun Safety**
    represented by

**William James Taylor , Jr.**
Everytown Law
NY
450 Lexington Ave.
#4184
10017
New York, NY 10271–0332
646–324–8215
Email: wtaylor@everytown.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

| AAG New York Attorney General's Office | represented by | **Ian Ramage** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2021 | 1 | COMPLAINT against Kevin P. Bruen, New York City, New York, Dermot Shea. (Filing Fee $ 402.00, Receipt Number ANYSDC–24683931)Document filed by William Sappe, Jason Frey, Jack Cheng, Brianna Frey. (Attachments: # 1 Civil Cover Sheet).(Bellantoni, Amy) (Entered: 06/16/2021) |
| 06/16/2021 | 2 | **FILING ERROR – SUMMONS REQUEST As To** – REQUEST FOR ISSUANCE OF SUMMONS as to Kevin Bruen, New York City, New York, and Dermot Shea, re: 1 Complaint,. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) Modified on 6/17/2021 (jgo). (Entered: 06/16/2021) |
| 06/17/2021 | | **\*\*\*NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Amy L Bellantoni. Attorney must electronically file the Civil Cover Sheet separately. Use the event type Civil Cover Sheet found under the event list Other Documents. (jgo)** (Entered: 06/17/2021) |
| 06/17/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Nelson Stephen Roman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 06/17/2021) |
| 06/17/2021 | | Magistrate Judge Andrew E. Krause is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 06/17/2021) |
| 06/17/2021 | | Case Designated ECF. (jgo) (Entered: 06/17/2021) |
| 06/17/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Amy L Bellantoni to RE–FILE Document No. 2 Request for Issuance of Summons,. The filing is deficient for the following reason(s): party name on the 'as to' docket entry must match exactly as it appears on the pleading caption (Kevin Bruen). Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (jgo)** (Entered: 06/17/2021) |
| 06/17/2021 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Kevin P. Bruen, New York City, New York, and Dermot Shea, re: 1 Complaint,. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 06/17/2021) |

| 06/21/2021 | 4 | ELECTRONIC SUMMONS ISSUED as to Kevin P. Bruen, New York City, New York, Dermot Shea..(pc) (Entered: 06/21/2021) |
|---|---|---|
| 06/22/2021 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint,. New York City, New York served on 6/22/2021, answer due 7/13/2021; Dermot Shea served on 6/22/2021, answer due 7/13/2021. Service was accepted by ServiceECF@law.nyc.gov on consent. Document filed by William Sappe; Jason Frey; Jack Cheng; Brianna Frey..(Bellantoni, Amy) (Entered: 06/22/2021) |
| 06/29/2021 | 6 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Kevin P. Bruen served on 6/25/2021, answer due 7/16/2021. Service was accepted by Jill Bertrand, Authorized Agent. Document filed by William Sappe; Jason Frey; Jack Cheng; Brianna Frey..(Bellantoni, Amy) (Entered: 06/29/2021) |
| 07/14/2021 | 7 | LETTER MOTION for Extension of Time *for defendants to answer or move* addressed to Judge Nelson Stephen Roman. Document filed by New York Attorney General's Office. (Attachments: # 1 Affidavit Affirmation of Service).(Ramage, Ian) (Entered: 07/14/2021) |
| 07/15/2021 | 8 | LETTER addressed to Judge Nelson Stephen Roman from Amy L. Bellantoni dated 7/15/2021 re: proposed schedule for the plaintiffs' motion for a preliminary injunction. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 07/15/2021) |
| 07/16/2021 | 9 | MEMO ENDORSEMENT re: 8 LETTER; granting 7 Letter Motion for Extension of Time. ENDORSEMENT: The Court reviewed Defendants' letter, dated July 14, 2021, requesting an extension of time to September 14, 2021 to respond to the Complaint. (ECF No. 7.) The Court also reviewed Plaintiffs' letter, dated July 15, 2021, requesting leave to file a motion for a preliminary injunction with a return date of September 14, 2021. (ECF No. 8.) The Court grants the parties' requests. Defendants time to respond to the Complaint is extended to September 14, 2021. Plaintiffs are granted leave to file their motion for a preliminary injunction with the following briefing schedule: Plaintiffs' moving papers shall be served (not filed) on or before August 9, 2021; Defendants' opposition papers shall be served (not filed) on or before September 7, 2021; and Plaintiffs' reply papers shall be served (not filed) on or before September 14, 2021. All motion documents shall be filed on the reply date, September 14, 2021. The parties shall mail two courtesy copies and email one electronic copy of their motion documents to Chambers as the documents are served. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 7. Motions due by 9/14/2021. (Signed by Judge Nelson Stephen Roman on 7/16/2021) (nb) (Entered: 07/16/2021) |
| 07/16/2021 | | Set/Reset Deadlines: Kevin P. Bruen answer due 9/14/2021; New York City, New York answer due 9/14/2021; Dermot Shea answer due 9/14/2021. (nb) (Entered: 07/16/2021) |
| 08/04/2021 | 10 | NOTICE OF APPEARANCE by Rachel Kane Moston on behalf of New York City, New York, Dermot Shea..(Moston, Rachel) (Entered: 08/04/2021) |
| 08/10/2021 | 11 | NOTICE OF APPEARANCE by Neil Shevlin on behalf of Kevin P. Bruen..(Shevlin, Neil) (Entered: 08/10/2021) |
| 09/02/2021 | 12 | LETTER MOTION for Extension of Time *for Defendants to respond to Plaintiffs' preliminary injunction motion* addressed to Judge Nelson Stephen Roman. Document filed by Kevin P. Bruen..(Ramage, Ian) (Entered: 09/02/2021) |
| 09/02/2021 | 13 | LETTER RESPONSE in Opposition to Motion addressed to Judge Nelson Stephen Roman from Amy L. Bellantoni dated September 2, 2021 re: 12 LETTER MOTION for Extension of Time *for Defendants to respond to Plaintiffs' preliminary injunction motion* addressed to Judge Nelson Stephen Roman. . Document filed by Jack Cheng, Brianna Frey, Jason Frey, New York Attorney General's Office, William Sappe..(Bellantoni, Amy) (Entered: 09/02/2021) |
| 09/03/2021 | 14 | FIRST LETTER MOTION for Extension of Time *to file opposition papers* addressed to Judge Nelson Stephen Roman from Rachel K. Moston dated September 3, 2021. Document filed by New York City, New York, Dermot Shea..(Moston, Rachel) (Entered: 09/03/2021) |

| 09/03/2021 | 15 | ORDER granting 12 Letter Motion for Extension of Time; granting 14 Letter Motion for Extension of Time. The Court has reviewed Defendants' letters, dated September 2, 2021 and September 3, 2021, requesting an extension of time to respond to the Complaint and the motion for a preliminary injunction. (ECF Nos. 12 & 14.) The Court also reviewed Plaintiffs' letter, dated September 2, 2021, consenting to the extension of time to respond to the Complaint, but opposing the extension for the opposition papers. Defendants' requests are GRANTED. Defendants' time to respond to the Complaint is extended to October 14, 2021. The briefing schedule for the motion for a preliminary injunction is amended as follows: Defendants' opposition papers shall be served (not filed) on or before September 14, 2021; and Plaintiffs' reply papers shall be served on or before September 21, 2021. All motion documents shall be filed on the reply date, September 21, 2021. The parties shall mail two courtesy copies and email one electronic copy of their motion documents to Chambers as the documents are served. The Clerk of the Court is kindly directed to terminate the motions at ECF Nos. 12 & 14. SO ORDERED. Kevin P. Bruen answer due 10/14/2021; New York City, New York answer due 10/14/2021; Dermot Shea answer due 10/14/2021. (Signed by Judge Nelson Stephen Roman on 9/3/2021) (va) Modified on 9/9/2021 (va). (Entered: 09/03/2021) |
| 09/03/2021 | | Set/Reset Deadlines: Responses due by 9/21/2021. Replies due by 9/21/2021. (va) (Entered: 09/03/2021) |
| 09/03/2021 | | Set/Reset Deadlines: Kevin P. Bruen answer due 10/14/2021; New York City, New York answer due 10/14/2021; Dermot Shea answer due 10/14/2021. (va) (Entered: 09/09/2021) |
| 09/13/2021 | 16 | FIRST LETTER MOTION for Leave to File Excess Pages addressed to Judge Nelson Stephen Roman from Neil Shevlin dated September 13, 2021. Document filed by Kevin P. Bruen..(Shevlin, Neil) (Entered: 09/13/2021) |
| 09/13/2021 | 17 | ORDER granting 16 Letter Motion for Leave to File Excess Pages. Defendants' request is GRANTED. The page limit for responsive briefs will be extended to forty (40) pages. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 16. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 9/13/2021) (va) (Entered: 09/13/2021) |
| 09/20/2021 | 18 | CONSENT LETTER MOTION for Leave to File Excess Pages *for Plaintiffs' reply to State defendant's opposition* addressed to Judge Nelson Stephen Roman from Amy L. Bellantoni dated 9/20/2021. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 09/20/2021) |
| 09/20/2021 | 19 | ORDER granting 18 Letter Motion for Leave to File Excess Pages. Plaintiffs' request is GRANTED. Plaintiffs are granted an additional five pages for their reply memorandum. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 18. (Signed by Judge Nelson Stephen Roman on 9/20/2021) (ate) (Entered: 09/20/2021) |
| 09/21/2021 | 20 | MOTION for Preliminary Injunction . Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 09/21/2021) |
| 09/21/2021 | 21 | MEMORANDUM OF LAW in Support re: 20 MOTION for Preliminary Injunction . . Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 09/21/2021) |
| 09/21/2021 | 22 | DECLARATION of Amy L. Bellantoni in Support re: 20 MOTION for Preliminary Injunction .. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe. (Attachments: # 1 Exhibit Plaintiffs' Declarations, # 2 Exhibit Order of the Hon. Eileen Rakower, J.S.C. and transcript of the underlying oral argument, # 3 Exhibit States' Brief Amicus Curiae in Wrenn v D.C.).(Bellantoni, Amy) (Entered: 09/21/2021) |
| 09/21/2021 | 23 | MEMORANDUM OF LAW in Opposition re: 20 MOTION for Preliminary Injunction . . Document filed by Kevin P. Bruen. (Attachments: # 1 Affidavit Affirmation of Service).(Ramage, Ian) (Entered: 09/21/2021) |
| 09/21/2021 | 24 | REPLY MEMORANDUM OF LAW in Opposition re: 20 MOTION for Preliminary Injunction . *Reply to State Defendant's Opposition*. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 09/21/2021) |

| 09/21/2021 | 25 | REPLY AFFIRMATION of Amy L. Bellantoni in Support re: 20 MOTION for Preliminary Injunction .. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe. (Attachments: # 1 Exhibit Declaration of Chuck Haggard, # 2 Exhibit Senate Bill S747 (proposed 2017), # 3 Exhibit Constitutional Carry States).(Bellantoni, Amy) (Entered: 09/21/2021) |
|---|---|---|
| 09/21/2021 | 26 | MEMORANDUM OF LAW in Opposition re: 20 MOTION for Preliminary Injunction . . Document filed by New York City, New York, Dermot Shea..(Moston, Rachel) (Entered: 09/21/2021) |
| 09/21/2021 | 27 | REPLY MEMORANDUM OF LAW in Support re: 20 MOTION for Preliminary Injunction . *Reply to New York City and Dermot Shea*. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 09/21/2021) |
| 10/14/2021 | 28 | ANSWER to 1 Complaint,. Document filed by New York City, New York, Dermot Shea..(Moston, Rachel) (Entered: 10/14/2021) |
| 10/14/2021 | 29 | LETTER MOTION for Conference *to discuss Defendant Bruen's Motion to Dismiss* addressed to Judge Nelson Stephen Roman. Document filed by Kevin P. Bruen..(Ramage, Ian) (Entered: 10/14/2021) |
| 10/18/2021 | 30 | ORDER denying 29 Letter Motion for Conference re: 29 LETTER MOTION for Conference *to discuss Defendant Bruen's Motion to Dismiss* addressed to Judge Nelson Stephen Roman. The Court has reviewed Defendant Bruen's letter dated October 14, 2021. (ECF No. 29.) Defendant Bruen's request for a conference is denied and the pre–motion conference requirement is waived. Defendant is granted leave to file the proposed motion with the following briefing schedule: Defendant Bruen's moving papers shall be served (not filed) on or before November 17, 2021; Plaintiff's opposition papers shall be served (not filed) on or before December 17, 2021; Defendant Bruen's reply papers shall be served on or before January 3, 2022. All motion documents shall be filed on the reply date, January 3, 2022. The parties are directed to mail two courtesy copies of their motion documents to Chambers as they are served. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 29. So Ordered. (Signed by Judge Nelson Stephen Roman on 10/18/21) (yv) (Entered: 10/19/2021) |
| 10/18/2021 | | Set/Reset Deadlines: Motions due by 1/3/2022. Responses due by 1/3/2022. Replies due by 1/3/2022. (yv) (Entered: 10/19/2021) |
| 01/03/2022 | 31 | MOTION to Dismiss . Document filed by Kevin P. Bruen..(Ramage, Ian) (Entered: 01/03/2022) |
| 01/03/2022 | 32 | MEMORANDUM OF LAW in Support re: 31 MOTION to Dismiss . . Document filed by Kevin P. Bruen..(Ramage, Ian) (Entered: 01/03/2022) |
| 01/03/2022 | 33 | MEMORANDUM OF LAW in Opposition re: 31 MOTION to Dismiss . . Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 01/03/2022) |
| 01/03/2022 | 34 | REPLY MEMORANDUM OF LAW in Support re: 31 MOTION to Dismiss . . Document filed by Kevin P. Bruen..(Ramage, Ian) (Entered: 01/03/2022) |
| 01/05/2022 | 35 | ORDER: It is hereby ORDERED that the above case is scheduled for oral argument on February 1, 2022 at 11:00 am to be held via teleconference. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336–1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest. ( Telephone Conference set for 2/1/2022 at 11:00 AM before Judge Nelson Stephen Roman.) (Signed by Judge Nelson Stephen Roman on 1/5/2022) (ate) (Entered: 01/05/2022) |
| 02/01/2022 | | Minute Entry for proceedings held before Judge Nelson Stephen Roman: Oral Argument held via teleconference on 2/1/2022 re: 20 MOTION for Preliminary Injunction . filed by Jack Cheng, Jason Frey, William Sappe, Brianna Frey. Plaintiffs counsel Amy Bellantoni, Esq. present on the call. Defendant Bruens counsel Ian Ramage, Esq. and Neil Shevlin, Esq. present on the call. Defendants New York City, NY and Sheas counsel Rachel Moston, Esq. present on the call. Court Reporter is Angie Shaw–Crockett. Oral argument held. The Court reserves decision. (Court Reporter Angie Shaw–Crockett) (gs) (Entered: 03/07/2022) |

| | | |
|---|---|---|
| 02/07/2022 | 36 | LETTER addressed to Judge Nelson Stephen Roman from Amy L. Bellantoni dated February 7, 2022 re: clarification of 2 issues discussed during oral argument. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 02/07/2022) |
| 02/22/2022 | 37 | OPINION & ORDER re: 20 MOTION for Preliminary Injunction . filed by Jack Cheng, Jason Frey, William Sappe, Brianna Frey. For the foregoing reasons, Plaintiffs' motion for a preliminary injunction is DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 20. (Signed by Judge Nelson Stephen Roman on 2/22/2022) (ate) (Entered: 02/22/2022) |
| 08/19/2022 | 38 | ENDORSED LETTER addressed to Your Honor from Amy L. Bellantoni dated 8/15/2022 re: Plaintiff's Motion. ENDORSEMENT: The Court is in receipt of the attached Notice of Motion and Memorandum of Law in Support of Plaintiffs Second Motion for a Preliminary Injunction, dated August 12, 2022. The Court received two courtesy copies by mail on August 17, 2022. Plaintiffs Motion is DENIED without prejudice for failure to follow the Courts Individual Rules, which require parties to file a pre−motion letter setting forth the basis for their anticipated motion. Plaintiffs are directed to file and serve their letter on or before August 23, 2022 and Defendants are directed to file and serve their response on or before August 27, 2022. (Signed by Judge Nelson Stephen Roman on 8/19/2022) (ate) (Entered: 08/19/2022) |
| 08/22/2022 | 39 | LETTER MOTION for Leave to File Motion for a Preliminary Injunction addressed to Judge Nelson Stephen Roman from Amy L. Bellantoni dated August 22, 2022. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 08/22/2022) |
| 08/26/2022 | 40 | NOTICE OF APPEARANCE by Nicholas Robert Ciappetta on behalf of New York City, New York, Dermot Shea..(Ciappetta, Nicholas) (Entered: 08/26/2022) |
| 08/26/2022 | 41 | LETTER addressed to Judge Nelson Stephen Roman from Nicholas R. Ciappetta dated August 26, 2022 re: Response to Plaintiffs' Letter dated August 22, 2022 seeking permission to file a second motion for preliminary injunction. Document filed by New York City, New York, Dermot Shea..(Ciappetta, Nicholas) (Entered: 08/26/2022) |
| 08/26/2022 | 42 | LETTER addressed to Judge Nelson Stephen Roman from Ian Ramage dated August 26, 2022 re: Response to Plaintiffs' Letter dated August 22, 2022 seeking permission to file a second motion for preliminary injunction. Document filed by Kevin P. Bruen..(Ramage, Ian) (Entered: 08/26/2022) |
| 08/26/2022 | 43 | ORDER with respect to 39 Letter Motion for Leave to File Document. The Court is in receipt of the attached letter from Plaintiffs, dated August 22, 2022, where Plaintiffs requests leave to file a second preliminary injunction motion. The Court is also in receipt of the attached response letters from the Defendants, both dated August 26, 2022. The Court is reviewing Plaintiffs' request along with Defendants' letters in opposition, and will make a determination in the near term. (Signed by Judge Nelson Stephen Roman on 8/26/2022) (ate) (Entered: 08/26/2022) |
| 09/01/2022 | 44 | OPINION & ORDER re: 31 MOTION to Dismiss . filed by Kevin P. Bruen. For the foregoing reasons, Defendant Bruen's motion to dismiss is GRANTED. Counts I, III, and IV are dismissed without prejudice. Plaintiffs have until October 3, 2022 to file an Amended Complaint as to any claims that have not been dismissed with prejudice. Defendants are then directed to answer or otherwise respond by October 24, 2022. If Plaintiffs fail to file an Amended Complaint within the time allowed, and they cannot show good cause to excuse such failure, those claims dismissed without prejudice by this order will be deemed dismissed with prejudice. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 31. ( Amended Pleadings due by 10/3/2022.) (Signed by Judge Nelson Stephen Roman on 9/1/2022) (ate) (Entered: 09/01/2022) |
| 10/03/2022 | 45 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR** FIRST AMENDED COMPLAINT amending 1 Complaint, against Kevin P. Bruen, New York City, New York, Keechant Sewell.Document filed by William Sappe, Jason Frey, Jack Cheng, Brianna Frey. Related document: 1 Complaint,..(Bellantoni, Amy) Modified on 10/4/2022 (jgo). (Entered: 10/03/2022) |

| | | |
|---|---|---|
| 10/04/2022 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Amy L Bellantoni to RE–FILE re: Document No. 45 Amended Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; add party Kevin Bruen with party text ' in his official capacity'; the wrong party/parties whom the pleading is against were selected;. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents.. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo) (Entered: 10/04/2022) |
| 10/04/2022 | | ADD PARTY FOR PLEADING. Defendants/Respondents Kevin Bruen added. Party added pursuant to 45 Amended Complaint,.Document filed by William Sappe, Jason Frey, Jack Cheng, Brianna Frey. Related document: 45 Amended Complaint,..(Bellantoni, Amy) (Entered: 10/04/2022) |
| 10/04/2022 | 46 | FIRST AMENDED COMPLAINT amending 45 Amended Complaint, against Kevin Bruen, New York City, New York, Keechant Sewell.Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe. Related document: 45 Amended Complaint,..(Bellantoni, Amy) (Entered: 10/04/2022) |
| 10/14/2022 | 47 | SECOND AMENDED COMPLAINT amending 46 Amended Complaint, against New York City, New York, Keechant Sewell, Steven Nigrelli.Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe. Related document: 46 Amended Complaint,. (Attachments: # 1 Supplement Stipulation of Parties to File Second Amendment Complaint).(Bellantoni, Amy) (Entered: 10/14/2022) |
| 10/20/2022 | 48 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by Brianna Frey, Jason Frey, William Sappe. (Attachments: # 1 Affidavit Declaration of Amy L. Bellantoni pursuant to Local Rule 6.1(d)).(Bellantoni, Amy) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 10/20/2022) |
| 10/20/2022 | 49 | DECLARATION of Amy L. Bellantoni in Support re: 48 Proposed Order to Show Cause With Emergency Relief,. Document filed by Brianna Frey, Jason Frey, William Sappe. (Attachments: # 1 Exhibit NYC Legal Bulletin, # 2 Exhibit NYSP Email, # 3 Exhibit Second Amended Complaint).(Bellantoni, Amy) (Entered: 10/20/2022) |
| 10/20/2022 | 50 | DECLARATION of Jason Frey in Support re: 48 Proposed Order to Show Cause With Emergency Relief,. Document filed by Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 10/20/2022) |
| 10/20/2022 | 51 | DECLARATION of Brianna Frey in Support re: 48 Proposed Order to Show Cause With Emergency Relief,. Document filed by Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 10/20/2022) |
| 10/20/2022 | 52 | DECLARATION of William Sappe in Support re: 48 Proposed Order to Show Cause With Emergency Relief,. Document filed by Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 10/20/2022) |
| 10/20/2022 | 53 | MEMORANDUM OF LAW in Support re: 48 Proposed Order to Show Cause With Emergency Relief, . Document filed by Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 10/20/2022) |
| 10/20/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 48 Proposed Order to Show Cause With Emergency Relief, was reviewed and approved as to form. (laq) (Entered: 10/20/2022) |
| 10/20/2022 | 54 | MEMO ENDORSEMENT on re: 48 Proposed Order to Show Cause With Emergency Relief, filed by Jason Frey, William Sappe, Brianna Frey. ENDORSEMENT: The Court is in receipt of the proposed Order to Show Cause and accompanying declarations and memorandum of law, filed by Plaintiffs Brianna Frey, Jason Frey, and William Sappe. (See ECF Nos 48–53.) Defendants are directed to serve and file an opposition on or before November 10, 2022. Plaintiffs are directed to serve and file a reply on or before November 25, 2022. The parties are directed to provide two courtesy copies and one electronic copy of their papers to Chambers as they are |

| | | served. Pursuant to the Court's Individual Rule 3.B., the opposition papers are limited to 25 pages and reply memoranda are limited to 10 pages. ( Responses due by 11/10/2022, Replies due by 11/25/2022.) (Signed by Judge Nelson Stephen Roman on 10/20/2022) (ate) (Entered: 10/20/2022) |
|---|---|---|
| 10/26/2022 | 55 | NOTICE OF APPEARANCE by Suzanna Publicker Mettham on behalf of Steven Nigrelli..(Mettham, Suzanna) (Entered: 10/26/2022) |
| 10/27/2022 | 56 | FIRST LETTER MOTION for Extension of Time to File Response/Reply as to 48 Proposed Order to Show Cause With Emergency Relief, *seeking until 11/28/22 for all Defendants to respond, and until 12/12/22 for Plaintiffs to reply,* addressed to Judge Nelson Stephen Roman from Suzanna Publicker Mettham dated 10/27/2022., FIRST LETTER MOTION for Extension of Time to File Answer re: 47 Amended Complaint, *until 30 days after resolution of 48 Proposed Order to Show Cause With Emergency Relief,* addressed to Judge Nelson Stephen Roman from Suzanna Publicker Mettham dated 10/27/2022. Document filed by Steven Nigrelli..(Mettham, Suzanna) (Entered: 10/27/2022) |
| 10/27/2022 | 57 | LETTER RESPONSE in Opposition to Motion addressed to Judge Nelson Stephen Roman from Amy L. Bellantoni dated October 27, 2022 re: 56 FIRST LETTER MOTION for Extension of Time to File Response/Reply as to 48 Proposed Order to Show Cause With Emergency Relief, *seeking until 11/28/22 for all Defendants to respond, and until 12/12/22 for Plaintiffs to reply,* addressed toFIRST LETTER MOTION for Extension of Time to File Answer re: 47 Amended Complaint, *until 30 days after resolution of 48 Proposed Order to Show Cause With Emergency Relief,* addressed to Judge Nelson Stephen Roman from Suzanna Publicker . Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 10/27/2022) |
| 10/28/2022 | 58 | MEMO ENDORSEMENT on re: 56 FIRST LETTER MOTION for Extension of Time to File Response/Reply as to 48 Proposed Order to Show Cause With Emergency Relief, *seeking until 11/28/22 for all Defendants to respond, and until 12/12/22 for Plaintiffs to reply,* addressed toFIRST LETTER MOTION for Extension of Time to File Answer re: 47 Amended Complaint, *until 30 days after resolution of 48 Proposed Order to Show Cause With Emergency Relief,* addressed to Judge Nelson Stephen Roman from Suzanna Publicker filed by Steven Nigrelli. ENDORSEMENT: The Court is in receipt of the attached letter from Defendants, dated October 27, 2022, and Plaintiffs' response thereto, dated October 27, 2022. Defendants requested 18 additional days (to November 28, 2022) to file an opposition to Plaintiffs' Order to Show Cause with Emergency Relief, which the court construes as a preliminary injunction motion. Plaintiffs oppose the request. The Court has reviewed the letters and GRANTS Defendant's request for an extension over the Plaintiffs' objection. Defendants are directed to serve and file opposition papers on or before November 28, 2022. Plaintiffs are directed to serve and file reply papers on or before December 13, 2022. The parties are directed to provide two courtesy copies and one electronic copy of their papers to Chambers as they are served. Pursuant to the Court's Individual Rule 3.B., the opposition papers are limited to 25 pages and reply memoranda are limited to 10 pages. In addition, the Court GRANTS Defendants' request to respond to the Second Amended Complaint 30 days following the Court's resolution of the pending motion for a preliminary injunction. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 56. (Signed by Judge Nelson Stephen Roman on 10/28/2022) (ate) (Entered: 10/28/2022) |
| 10/28/2022 | | Set/Reset Deadlines: Responses due by 11/28/2022. Replies due by 12/13/2022. (ate) (Entered: 10/28/2022) |
| 11/18/2022 | 59 | JOINT LETTER MOTION for Leave to File Excess Pages *by City and State Defendants, and with Plaintiffs' Consent,* addressed to Judge Nelson Stephen Roman from Suzanna Publicker Mettham dated November 18, 2022. Document filed by Steven Nigrelli..(Mettham, Suzanna) (Entered: 11/18/2022) |
| 11/18/2022 | 60 | ORDER granting 59 Letter Motion for Leave to File Excess Pages. The parties' consented–to request for leave to file excess pages is GRANTED. As requested, the State and City Defendants may file responsive briefs of up to 50 pages, and Plaintiffs may file a reply brief of up to 30 pages. (Signed by Judge Nelson Stephen Roman on 11/18/2022) (ate) (Entered: 11/18/2022) |

| 11/23/2022 | 61 | SECOND LETTER MOTION for Extension of Time *for all defendants to oppose plaintiffs' motion for a preliminary injunction* addressed to Judge Nelson Stephen Roman from Rachel K. Moston dated November 23, 2022. Document filed by New York City, New York, Keechant Sewell..(Moston, Rachel) (Entered: 11/23/2022) |
|---|---|---|
| 11/23/2022 | 62 | ORDER granting 61 Letter Motion for Extension of Time. Defendants' request for a two–day extension is GRANTED. Defendants' are directed to serve and file their opposition papers on or before Nov. 30, 2022. Plaintiffs are directed to serve and file their reply papers on or before Dec. 15, 2022. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 61. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 11/23/2022) (vfr) (Entered: 11/23/2022) |
| 11/23/2022 | | Set/Reset Deadlines: Responses due by 11/30/2022 Replies due by 12/15/2022. (vfr) (Entered: 11/23/2022) |
| 11/30/2022 | 63 | MEMORANDUM OF LAW in Opposition re: 48 Proposed Order to Show Cause With Emergency Relief, . Document filed by Steven Nigrelli..(Mettham, Suzanna) (Entered: 11/30/2022) |
| 11/30/2022 | 64 | DECLARATION of Dr. Brennan Rivas in Opposition re: 48 Proposed Order to Show Cause With Emergency Relief,. Document filed by Steven Nigrelli. (Attachments: # 1 Exhibit A – Dr. Rivas Resume, # 2 Exhibit B – N.Pa.R.R. Rules).(Mettham, Suzanna) (Entered: 11/30/2022) |
| 11/30/2022 | 65 | DECLARATION of Suzanna Publicker Mettham in Opposition re: 48 Proposed Order to Show Cause With Emergency Relief,. Document filed by Steven Nigrelli. (Attachments: # 1 Exhibit A – Brooklyn (1880) (Licensing Ordinance), # 2 Exhibit B – Buffalo (1891) (Licensing Ordinance), # 3 Exhibit C – Elmira (1892) (Licensing Ordinance), # 4 Exhibit D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance)D – Syracuse (1892) (Licensing Ordinance), # 5 Exhibit E – Troy (1905) (Licensing Ordinance), # 6 Exhibit F – Lockport (1909) (Licensing Ordinance), # 7 Exhibit G – Albany (1905) (Licensing Ordinance), # 8 Exhibit H – Maryland (1715) (Private Property), # 9 Exhibit I – Pennsylvania (1721) (Private Property), # 10 Exhibit J – Pennsylvania (1760) (Private Property), # 11 Exhibit K – New Jersey (1722) (Private Property), # 12 Exhibit L – New Jersey (1771) (Private Property), # 13 Exhibit M – New York (1763) (Private Property), # 14 Exhibit N – Louisiana (1865) (Private Property), # 15 Exhibit O – Texas (1866) (Private Property), # 16 Exhibit P – Oregon (1893) (Private Property), # 17 Exhibit Q – Delaware (1874) (Private Property), # 18 Exhibit R – Colorado (1883) (Private Property), # 19 Exhibit S – Illinois (1902) (Private Property), # 20 Exhibit T – Tennessee (1869) (Sensitive Places), # 21 Exhibit U – Georgia (1870) (Sensitive Places), # 22 Exhibit V – Texas (1870) (Sensitive Places), # 23 Exhibit W – Missouri (1883) (Sensitive Places), # 24 Exhibit X – Arizona (1889) (Sensitive Places), # 25 Exhibit Y – Oklahoma (1890) (Sensitive Places), # 26 Exhibit Z – Mississippi (1878) (Sensitive Places), # 27 Exhibit AA – 2 Edw. 3, c. 3 (1328)AA – 2 Edw. 3, c. 3 (1328)AA – 2 Edw. 3, c. 3 (1328)AA – 2 Edw. 3, c. 3 (1328)AA – 2 Edw. 3, c. 3 (1328), # 28 Exhibit BB – 26 Hen. 8 c. 6 (1534), # 29 Exhibit CC – Virginia (1786) (Sensitive Places), # 30 Exhibit DD – Kansas (1867) (Sensitive Places, Alcohol), # 31 Exhibit EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol)EE – Wisconsin (1889) (Sensitive Places, Alcohol), # 32 Exhibit FF – New York, New York (1858) (Public Parks), # 33 Exhibit GG – Philadelphia, Pennsylvania (1868) (Public Parks), # 34 Exhibit HH – Hyde Park, Illinois (1876) (Public Parks), # 35 Exhibit II – Chicago, Illinois (1881) (Public Parks), # 36 Exhibit JJ – St. Louis, Missouri (1883) (Public Parks), # 37 Exhibit KK – |

| | | |
|---|---|---|
| | | Danville, Illinois (1883) (Public Parks), # 38 Exhibit LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks)LL – Salt Lake City, Utah (1888) (Public Parks), # 39 Exhibit MM – Saint Paul, Minnesota (1888) (Public Parks), # 40 Exhibit NN – Trenton, New Jersey (1890) (Public Parks), # 41 Exhibit OO – Springfield, Massachusetts (1891) (Public Parks), # 42 Exhibit PP – Lynn, Massachusetts (1891) (Public Parks), # 43 Exhibit QQ – Williamsport, Pennsylvania (1890) (Public Parks), # 44 Exhibit RR – Grand Rapids, Michigan (1891) (Public Parks), # 45 Exhibit SS – Spokane, Washington (1892) (Public Parks), # 46 Exhibit TT – Peoria, Illinois (1892) (Public Parks), # 47 Exhibit UU – Wilmington, Delaware (1893) (Public Parks), # 48 Exhibit VV – Pittsburgh, Pennsylvania (1893) (Public Parks), # 49 Exhibit WW – Michigan (1895) (Public Parks), # 50 Exhibit XX – Canton, Illinois (1895) (Public Parks), # 51 Exhibit YY – Indianapolis, Indiana (1896) (Public Parks), # 52 Exhibit ZZ – Reading, Pennsylvania (1897) (Public Parks), # 53 Exhibit AAA – Boulder, Colorado (1899) (Public Parks), # 54 Exhibit BBB – National Parks Regulations (Public Parks)).(Mettham, Suzanna) (Entered: 11/30/2022) |
| 11/30/2022 | 66 | MEMORANDUM OF LAW in Opposition re: 48 Proposed Order to Show Cause With Emergency Relief, . Document filed by New York City, New York, Keechant Sewell, Dermot Shea..(Moston, Rachel) (Entered: 11/30/2022) |
| 11/30/2022 | 67 | DECLARATION of Nicholas R. Ciappetta in Opposition re: 48 Proposed Order to Show Cause With Emergency Relief,. Document filed by New York City, New York, Keechant Sewell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15).(Ciappetta, Nicholas) (Entered: 11/30/2022) |
| 11/30/2022 | 68 | DECLARATION of Nicholas R. Ciappetta in Opposition re: 48 Proposed Order to Show Cause With Emergency Relief,. Document filed by New York City, New York, Keechant Sewell. (Attachments: # 1 Exhibit 16, # 2 Exhibit 17, # 3 Exhibit 18, # 4 Exhibit 19, Part 1, # 5 Exhibit 19, Part 2, # 6 Exhibit 19, Part 3, # 7 Exhibit 20, # 8 Exhibit 21, # 9 Exhibit 22, # 10 Exhibit 23, # 11 Exhibit 24, # 12 Exhibit 25).(Ciappetta, Nicholas) (Entered: 11/30/2022) |
| 12/07/2022 | 69 | LETTER MOTION for Conference addressed to Judge Nelson Stephen Roman from William J. Taylor, Jr. dated December 7, 2022., LETTER MOTION to File Amicus Brief addressed to Judge Nelson Stephen Roman from William J. Taylor, Jr. dated December 7, 2022. Document filed by Everytown for Gun Safety. (Attachments: # 1 Exhibit –– Proposed Amicus Brief).(Taylor, William) (Entered: 12/07/2022) |
| 12/07/2022 | 70 | LETTER RESPONSE to Motion addressed to Judge Nelson Stephen Roman from Amy L. Bellantoni dated 12/7/2022 re: 69 LETTER MOTION for Conference addressed to Judge Nelson Stephen Roman from William J. Taylor, Jr. dated December 7, 2022. LETTER MOTION to File Amicus Brief addressed to Judge Nelson Stephen Roman from William J. Taylor, Jr. dated December 7, 2022. . Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 12/07/2022) |
| 12/08/2022 | 71 | ORDER terminating 69 Letter Motion for Conference re: 69 LETTER MOTION for Conference addressed to Judge Nelson Stephen Roman from William J. Taylor, Jr. dated December 7, 2022. LETTER MOTION to File Amicus Brief addressed to Judge Nelson Stephen Roman from William J. Taylor, Jr. dated December 7, 2022. ; granting 69 Letter Motion to File Amicus Brief. Everytown's request for leave to file an amicus curiae brief is GRANTED. Everytown is directed to file the proposed brief it attaches along the hereto letter as soon as practicable. The Clerk of the Court is directed to terminate the motion at ECF No. 69.. (Signed by Judge Nelson Stephen Roman on 12/8/2022) (ate) (Entered: 12/08/2022) |

| | | |
|---|---|---|
| 12/08/2022 | 72 | BRIEF *of Amicus Curiae*. Document filed by Everytown for Gun Safety..(Taylor, William) (Entered: 12/08/2022) |
| 12/15/2022 | 73 | REPLY MEMORANDUM OF LAW in Support re: 48 Proposed Order to Show Cause With Emergency Relief, 54 Memo Endorsement, Set Deadlines,,,,,, . Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 12/15/2022) |
| 12/15/2022 | 74 | DECLARATION of Amy L. Bellantoni in Support re: 54 Memo Endorsement, Set Deadlines,,,,, 48 Proposed Order to Show Cause With Emergency Relief,,, REPLY AFFIRMATION of Amy L. Bellantoni in Support re: 54 Memo Endorsement, Set Deadlines,,,,, 48 Proposed Order to Show Cause With Emergency Relief,. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe. (Attachments: # 1 Exhibit "Not All History is Created Equal", Smith, Mark W., # 2 Exhibit Email Communication NYSP Pistol License Bureau, # 3 Exhibit Declaration of Chuck Haggard, Baird v. Bonta, 19 Civ. 00617 (CAED)).(Bellantoni, Amy) (Entered: 12/15/2022) |
| 01/18/2023 | 75 | SCHEDULING ORDER: It is hereby: ORDERED that the above case is scheduled for In–Person Oral Argument on January 24, 2023 at 11:30 am, on the following narrow set of issues: Plaintiff's challenge to N.Y. Penal Law § 265.01–e [banning guns in sensitive places], with a focus on § 265.01–e(2)(n) which bans firearms in public transportation, including Metropolitan Transit Authority subway cars and train cars and § 265.01–e(2)(t) which bans the carrying of firearms in the Times Square area. Any interested party may listen to oral argument via teleconference. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336–1831; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest. Oral Argument set for 1/24/2023 at 11:30 AM before Judge Nelson Stephen Roman. (Signed by Judge Nelson Stephen Roman on 1/18/2023) (ate) (Entered: 01/18/2023) |
| 01/23/2023 | 76 | CONSENT LETTER MOTION to Adjourn Conference *and Oral Argument* addressed to Judge Nelson Stephen Roman from Amy L. Bellantoni dated 1/23/23. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe..(Bellantoni, Amy) (Entered: 01/23/2023) |
| 01/23/2023 | 77 | ORDER granting 76 Letter Motion to Adjourn Conference. Pltfs' request to adjourn the in–person Oral Argument from Jan. 24, 2023 until Feb. 22, 2023 at 10:00 am is GRANTED with Defts' consent. The Court did not have availability on any of the proposed dates. Clerk of Court is requested to terminate the motion at ECF No. 76. Oral Argument set for 2/22/2023 at 10:00 AM before Judge Nelson Stephen Roman. (Signed by Judge Nelson Stephen Roman on 1/23/2023) (ate) (Entered: 01/23/2023) |
| 02/21/2023 | 78 | FIRST LETTER MOTION to Adjourn Conference addressed to Judge Nelson Stephen Roman from Nicholas Ciappetta dated February 21, 2023. Document filed by New York City, New York, Keechant Sewell, Dermot Shea. Return Date set for 2/22/2023 at 10:00 AM..(Ciappetta, Nicholas) (Entered: 02/21/2023) |
| 02/21/2023 | 79 | ORDER granting 78 Letter Motion to Adjourn Conference. City Defts. counsel's request to adjourn the oral argument from Feb. 22, 2023 until Mar. 10, 2023 at 10 am is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 78. SO ORDERED. Oral Argument set for 3/10/2023 at 10:00 AM before Judge Nelson Stephen Roman.. (Signed by Judge Nelson Stephen Roman on 2/21/2023) (tg) (Entered: 02/21/2023) |
| 03/13/2023 | 80 | OPINION & ORDER: For the foregoing reason, Plaintiffs' motion for preliminary injunction is DENIED in part, and STAYED in part, as follows: The Court DENIES a preliminary injunction with respect to Plaintiffs' challenge of N.Y. Penal Law §§ 400.00(6), 400.00(15), 265.01, 265.01–b, 265.03(3), and NYC Admin. Code § 10–315. The Court DENIES a preliminary injunction with respect to Plaintiffs' challenge of N.Y. Penal Law §§ 265.01–e(2)(n) (with regards to the MTA subway and rails) and 265.01–e(2)(t). The Court STAYS its decision on the preliminary injunction motion with respect to Plaintiffs challenge of N.Y. Penal Law §§ 265.01–d, 265.01–e(2)(d), 265.01–e(2)(p), and 265.01–e(2)(o) pending resolution by the Second Circuit in Antonyuk et al., v. Hochul, et al., C.A. No. 22–2908 (2d Cir. filed Nov. 9, 2022). The parties are DIRECTED to submit a letter to the Court once a resolution is reached in Antonyuk et al., v. Hochul, et al., C.A. No. 22–2908 (2d Cir. filed Nov. 9, |

| | | |
|---|---|---|
| | | 2022), which may impact the Courts resolution on the preliminary injunction motion with respect to Plaintiffs challenge of N.Y. Penal Law §§ 265.01−d, 265.01−e(2)(d), 265.01−e(2)(p), and 265.01−e(2)(o). (Signed by Judge Nelson Stephen Roman on 3/13/2023) (ate) (Entered: 03/13/2023) |
| 03/16/2023 | 81 | NOTICE OF INTERLOCUTORY APPEAL from 80 Memorandum & Opinion,,,,,,. Document filed by Jack Cheng, Brianna Frey, Jason Frey, William Sappe. Filing fee $ 505.00, receipt number ANYSDC−27478393. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Bellantoni, Amy) (Entered: 03/16/2023) |
| 03/16/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 81 Notice of Interlocutory Appeal,..(nd) (Entered: 03/16/2023) |
| 03/16/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 81 Notice of Interlocutory Appeal, filed by Jack Cheng, Jason Frey, William Sappe, Brianna Frey were transmitted to the U.S. Court of Appeals..(nd) (Entered: 03/16/2023) |