## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Frey v. Bruen**     Docket No.: **23-365**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Philip J. Levitz**

Firm: **New York State Office of the Attorney General**

Address: **28 Liberty St.**

Telephone: **212-416-6325**     Fax:

E-mail: **philip.levitz@ag.ny.gov**

Appearance for: **Steven Nigrelli/appellee**
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: **Barbara D. Underwood** )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: **/s/ Philip J. Levitz**

Type or Print Name: **Philip J. Levitz**