## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Frey v. Bruen  Docket No.: 23-365

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jonathan Schoepp-Wong

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: 212-356-2275   Fax: 212-356-1148

E-mail: jschoepp@law.nyc.gov

Appearance for: New York City, Keechant Sewell / Defendants-Appellees
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Sylvia Hinds-Radix / New York City Law Department )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 1/4/2021   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jonathan Schoepp-Wong

Type or Print Name: Jonathan Schoepp-Wong