# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Frey v. Bruen**  Docket No.: **23-365**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Claude S. Platton

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: 212-356-2502   Fax:

E-mail: cplatton@law.nyc.gov

Appearance for: New York City, Keechant Sewell / Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

✔ Additional counsel (co-counsel with: Jonathan Schoepp-Wong / New York City Law Dep )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 5, 2021   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Claude S. Platton

Type or Print Name: Claude S. Platton