UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand and twenty-three.

_____

Jason Frey, Brianna Frey, Jack Cheng, William Sappe,

    Plaintiffs - Appellants,

v.

New York City, New York, Keechant Sewell, in her Official Capacity, Steven Nigrelli, in his Official Capacity,

    Defendants - Appellees,

Kevin P. Bruen, Acting Superintendent of the New York State Police, in his official capacity, Dermot Shea, in his official capacity as NYPD Police Commissioner,

    Defendants.

**ORDER**
Docket Number: 23-365

_____

    A notice of appeal was filed on March 16, 2023. Appellant's Form C was due March 30, 2023. The case is deemed in default.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective April 18, 2023 if the form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court