# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-three.

Before:    Joseph F. Bianco,
       *Circuit Judge.*

_____

| | |
|---|---|
| Jason Frey, Brianna Frey, Jack Cheng, William Sappe, | |
|    Plaintiffs - Appellants, | **ORDER** |
| v. | Docket No. 23-365 |
| New York City, New York, Keechant Sewell, in her Official Capacity, Steven Nigrelli, in his Official Capacity, | |
|    Defendants - Appellees, | |
| Kevin P. Bruen, Acting Superintendent of the New York State Police, in his official capacity, Dermot Shea, in his official capacity as NYPD Police Commissioner, | |
|    Defendants. | |

_____

  Appellants move to expedite the appeal.

  IT IS HEREBY ORDERED that the motion is DENIED.

               For the Court:

               Catherine O'Hagan Wolfe,
               Clerk of Court

