

April 27, 2023

**VIA ECF**

United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *Frey v. Bruen*
             Case No. 23-365

Dear Sir/Madam,

    I represent the Appellants in the above-referenced matter.

    Kindly schedule the filing of Appellants' brief on or before June 19, 2023.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni