UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of May, two thousand twenty-three,

_____

| | |
|---|---|
| Jason Frey, Brianna Frey, Jack Cheng, William Sappe, | **ORDER** |
| Plaintiffs - Appellants, | Docket No: 23-365 |
| v. | |
| New York City, New York, Keechant Sewell, in her Official Capacity, Steven Nigrelli, in his Official Capacity, | |
| Defendants - Appellees, | |
| Kevin P. Bruen, Acting Superintendent of the New York State Police, in his official capacity, Dermot Shea, in his official capacity as NYPD Police Commissioner, | |
| Defendants. | |

_____

Counsel for APPELLANTS has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 20, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before June 20, 2023. The appeal is dismissed effective June 20, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court