

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

June 23, 2023

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

    Re:    *Frey v. New York City*, No. 23-365

Dear Ms. Wolfe:

    I represent the state appellee, Steven Nigrelli, in the above-captioned appeal. In accordance with Local Rule 31.2(a)(1)(B), I respectfully request that the state appellee's brief be due on September 19, 2023, or 91 days after the filing of the appellant's brief.

    Respectfully,

    /s/ Philip J. Levitz

    Philip J. Levitz
    Assistant Solicitor General
    (212) 416-6325

cc: Counsel of record (by ECF)

28 LIBERTY STREET, NEW YORK, NY 10005-1400 • PHONE (212) 416-8020 • FAX (212) 416-8962 *NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV