**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of June, two thousand twenty-three,

_____

| | |
|---|---|
| Jason Frey, Brianna Frey, Jack Cheng, William Sappe, | **ORDER** |
| | Docket No: 23-365 |
|      Plaintiffs - Appellants, | |

v.

New York City, New York, Keechant Sewell, in her Official Capacity, Steven Nigrelli, in his Official Capacity,

     Defendants - Appellees,


Kevin P. Bruen, Acting Superintendent of the New York State Police, in his official capacity, Dermot Shea, in his official capacity as NYPD Police Commissioner,

     Defendants.

_____

     Counsel for APPELLEE  Steven Nigrelli  has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 19, 2023 as the brief filing date.

     It is HEREBY ORDERED that Appellee's brief must be filed on or before September 19, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and [EDIT Appellee/Respondent] will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).


                               For The Court:
                               Catherine O'Hagan Wolfe,
                               Clerk of Court

