

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JONATHAN SCHOEPP-WONG
*Assistant Corporation Counsel*
Phone: 212-356-2275
jschoepp@law.nyc.gov

June 26, 2023

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:  *Frey v. New York City*
     Docket No. 23-365

To the Hon. Clerk of the Court:

This office represents municipal appellees Keechant Sewell and the City of New York in this appeal. Pursuant to Local Rule 31.2(a)(1)(B), appellees request that their brief be due on September 19, 2023, which is 91 days after the filing of appellants' brief on June 20, 2023.

Thank you for your consideration.

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*
Attorney for Appellees

By: _____
Jonathan Schoepp-Wong
Assistant Corporation Counsel

cc:  counsel of record