## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Frey v. Bruen**  Docket No.: **23-365**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Elina Druker**

Firm: **New York City Law Department**

Address: **100 Church Street, New York, NY 10007**

Telephone: **212-365-3609**  Fax: **212-356-1148**

E-mail: **edruker@law.nyc.gov**

Appearance for: **New York City, Keechant Sewell / Defendants-Appellees**
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: **Jonathan Schoepp-Wong / New York City Law Department**)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[ ] Additional counsel (co-counsel with: _____)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: **/s/ Elina Druker**

Type or Print Name: **Elina Druker**