# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Frey et al. v. New York City et al.**  Docket No.: **23-365**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Alan Schoenfeld**

Firm: **Wilmer Cutler Pickering Hale and Dorr LLP**

Address: **7 World Trade Center, 250 Greenwich Street, New York, NY 10007**

Telephone: **212-937-7294**   Fax: **212-230-8888**

E-mail: **alan.schoenfeld@wilmerhale.com**

Appearance for: **Amicus Curiae The Times Square Alliance**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: **Appellees New York City et al., Bruen et al.**)
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **11/29/2018**  OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Alan Schoenfeld**

Type or Print Name: **Alan Schoenfeld**