NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Frey et al. v. New York City et al. _____ Docket No.: 23-365 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ryan Chabot

Firm: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 7 World Trade Center, 250 Greenwich Street, New York, NY 10007

Telephone: 212-295-6513 _____ Fax: 212-230-8888

E-mail: ryan.chabot@wilmerhale.com

Appearance for: Amicus Curiae The Times Square Alliance
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel:_____)
(name/firm)

☐ Substitute counsel (replacing other counsel:_____)
(name/firm)

☐ Additional counsel (co-counsel with:_____)
(name/firm)

☑ Amicus (in support of: Appellees New York City et al., Bruen et al. _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Ryan Chabot

Type or Print Name: Ryan Chabot