# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-365-cv

**Motion for:** Leave to File a Brief as Amicus Curiae

**Caption [use short title]**

Jason Frey, Brianna Frey, Jack Cheng, William Sappe,

Plaintiffs - Appellants,

v.

New York City, New York, Keechant Sewell, in her Official Capacity, Steven Nigrelli, in his Official Capacity,

Defendants - Appellees,

Kevin P. Bruen, Acting Superintendent of the New York State Police, in his official capacity, Dermot Shea, in his official capacity as NYPD Police Commissioner,

Defendants.

**Set forth below precise, complete statement of relief sought:**

The Times Square Alliance seeks leave to file an amicus brief in support of Defendants-Appellees and affirmance.

**MOVING PARTY:** The Times Square Alliance

**OPPOSING PARTY:** Appellants Jason Frey, Brianna Frey, Jack Cheng, William Sappe

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Alan Schoenfeld

**OPPOSING ATTORNEY:** Amy L. Bellantoni

[name of attorney, with firm, address, phone number and e-mail]

Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center, 250 Greenwich Street
New York, NY 10007

The Bellantoni Law Firm, PLLC
Suite 400, 2 Overhill Road
Scarsdale, NY 10583

**Court- Judge/ Agency appealed from:** U.S District Court for the Southern District of New York, Hon. Nelson Stephen Roman

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ Alan Schoenfeld   **Date:** 9/26/2023   **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 23-365-cv

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

JASON FREY, BRIANNA FREY, JACK CHENG, WILLIAM SAPPE,
*Plaintiffs-Appellants*,

v.

NEW YORK CITY, NEW YORK, KEECHANT SEWELL, in her Official Capacity, STEVEN NIGRELLI, in his Official Capacity,
*Defendants-Appellees*,

KEVIN P. BRUEN, Acting Superintendent of the New York State Police, in his official capacity, DEMOT SHEA, in his official capacity as NYPD Police Commissioner,
*Defendants*.

On Appeal from the United States District Court
for the Southern District of New York
No. 21-cv-5334 (Hon. Nelson Stephen Roman)

**MOTION FOR LEAVE TO FILE BRIEF FOR AMICUS CURIAE THE TIMES SQUARE ALLIANCE IN SUPPORT OF DEFENDANTS-APPELLEES AND AFFIRMANCE**

ALAN SCHOENFELD
RYAN CHABOT
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7294
alan.schoenfeld@wilmerhale.com

*Counsel for Amicus Curiae*
*The Times Square Alliance*

September 26, 2023

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedures, Amicus Curiae The Times Square Alliance states that it does not have a parent corporation and, since it has no stock, no publicly held company owns 10 percent or more of its stock

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Pursuant to Federal Rule of Appellate Procedure 29 and Circuit Local Rule 29-1, the Times Square Alliance respectfully moves for leave to file the attached amicus curiae brief in support of Appellees and affirmance.

The Times Square Alliance, founded in 1992, works to improve and promote Times Square—cultivating the creativity, energy, and edge that have made the area an icon of entertainment, culture, and urban life for over a century. The Alliance provides core neighborhood services with its Public Safety Officers and Sanitation Associates; promotes local businesses; encourages economic development and public improvements; co-coordinates numerous major events in Times Square, including the annual New Year's Eve and Solstice in Times Square celebrations; curates and presents public art projects throughout the district through Times Square Arts; and advocates on behalf of its constituents with respect to a host of public policy, planning, and quality-of-life issues.

The Alliance offers this amicus curiae brief to provide its expertise to the Court regarding the unique qualities of Times Square as relevant to the question of the constitutionality of N.Y. Penal Law § 265.01-(E)(2)(t)'s prohibition of firearms in Times Square. In support of the district court's decision below, the City Appellees argue that the prohibition on carrying firearms in Times Square is consistent with the nation's historical tradition of firearms regulations because

"Times Square is one of the country's most congested outdoor marketplaces" and so "resembles historical fairs and markets" where firearms were permissibly restricted. City Appellees' Br. 38-39 (citing Times Square, Wikipedia (Sept. 6, 2023)); *see also* State Appellees' Br. 51-52 (describing qualities of Times Square that makes it resemble historical fairs and markets subject to firearms regulations). Whether the qualities of Times Square make it analogous to historical fairs and markets subject to firearms regulations is, thus, a key question for the Court. The proposed amicus brief will provide useful, up-to-date, and germane information about Times Square today, relevant to the Court's consideration of this central issue. The Times Square Alliance accordingly believes that this brief would assist the Court's understanding and deciding of the issues pending on appeal.

The State Appellees and the City Appellees consent to the relief sought in this motion. Appellants oppose this motion because in their view, "among other reasons, population density / public safety arguments have already been rejected as a basis for banning the rights protected by the Second Amendment." That position is incorrect as a matter of law for the reasons set forth in Appellees' briefs; but, in any event, the Times Square Alliance's amicus brief will aid the Court in resolving that contested question and so Appellants' argument provides no meritorious basis for denying leave to file this amicus brief. This motion should be granted.

                                                Respectfully submitted.

                                                /s/ *Alan Schoenfeld*
                                                ALAN SCHOENFELD
                                                RYAN CHABOT
                                                WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP
                                                7 World Trade Center
                                                250 Greenwich Street
                                                New York, NY  10007
                                                (212) 937-7294
                                                alan.schoenfeld@wilmerhale.com

                                                *Counsel for Amicus Curiae*
                                                *The Times Square Alliance*

September 26, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2).

1. Exclusive of the exempted portions of the brief, as provided in Fed. R. App. P. 32(f), the motion contains 452 words.

2. The motion has been prepared in proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font and complies with the requirements of Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/ Alan Schoenfeld
ALAN SCHOENFELD

September 26, 2023