# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Frey v. Bruen**　　　　Docket No.: **23-365**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Allan J. Arffa

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas, New York, NY, 10019-6064

Telephone: (212) 373-3203　　Fax: (212) 492-0203

E-mail: aarffa@paulweiss.com

Appearance for: The Metropolitan Transportation Authority (as amicus curiae)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ ) (name/firm)

☐ Substitute counsel (replacing other counsel: _____ ) (name/firm)

☐ Additional counsel (co-counsel with: _____ ) (name/firm)

☑ Amicus (in support of: New York City and Steven Nigrelli (Defendants-Appellees) ) (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on April 10, 2019　OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Allan J. Arffa

Type or Print Name: Allan J. Arffa