# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of September, two thousand twenty-three.

_____

Jason Frey, Brianna Frey, Jack Cheng, William Sappe,

        Plaintiffs - Appellants,

v.

New York City, New York, Keechant Sewell, in her Official Capacity, Steven Nigrelli, in his Official Capacity,

        Defendants – Appellees.

_____

**ORDER**

Docket Nos. 23-365

Everytown for Gun Safety, The Times Square Alliance, and the Metropolitan Transit Authority separately move for permission to file amici curiae briefs.

IT IS HEREBY ORDERED that the motions are REFERRED to the panel that will determine the merits of this appeal.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court