UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of December, two thousand and twenty-three,

Jason Frey, Brianna Frey, Jack Cheng, William Sappe,

    Plaintiffs - Appellants,

v.

New York City, New York, Keechant Sewell, in her Official Capacity, Steven Nigrelli, in his Official Capacity,

    Defendants - Appellees,

Kevin P. Bruen, Acting Superintendent of the New York State Police, in his official capacity, Dermot Shea, in his official capacity as NYPD Police Commissioner,

    Defendants.

ORDER
Docket No. 23-365

Everytown for Gun Safety, The Time Square Alliance, and the Metropolitan Transit Authority separately move for permission to file amici curiae briefs.

IT IS HEREBY ORDERED that the motions are GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

