

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

December 18, 2023

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

     Re:   *Frey v. Bruen*, No. 23-365

Dear Ms. Wolfe:

     I represent the state defendant-appellee in the above-captioned appeal.[1] I write on behalf of all parties to this appeal to respectfully request that the Court permit the parties to file simultaneous supplemental letter briefs to address this Court's recent opinion in *Antonyuk v. Chiumento*, No. 22-2908(L), ECF No. 413-1 (Dec. 8, 2023), and three related cases that were consolidated with *Antonyuk* for argument and decision. The Court's *Antonyuk* opinion is attached to this letter.

     In the *Antonyuk* opinion, this Court addressed many Second Amendment issues overlapping with the issues on this appeal. Given that the opinion is 261 pages, the parties to this appeal believe that the Court would benefit from short supplemental briefs addressing the effect that the *Antonyuk* opinion has on this appeal. Another panel of this Court deciding an appeal that similarly overlaps with *Antonyuk* has already ordered such supplemental briefing. *See Giambalvo v. Suffolk County*, No. 23-208, ECF No. 113 (Oct. 2, 2023). The

---

     [1] Dominick Chiumento was automatically substituted for Steven Nigrelli as the state defendant-appellee when Chiumento succeeded Nigrelli as Acting Superintendent of the New York State Police on October 5, 2023. *See* Fed. R. App. P. 43(c)(2).

*Giambalvo* panel ordered the parties to file simultaneous supplemental letter briefs limited to fifteen pages, double-spaced. The parties to this appeal agree that a similar approach would be appropriate here. If the Court will accept supplemental briefing, the parties request a deadline of January 9, 2024, in light of the impending holidays and preexisting commitments. That deadline would leave three weeks for the Court to review the briefing before the oral argument, scheduled for January 30, 2024.

Accordingly, the parties jointly request that the Court order that the parties submit supplemental letter briefs not to exceed fifteen pages, double-spaced, on or before January 9, 2024, addressing the effect that the *Antonyuk* opinion has on this appeal.

Respectfully,

/s/ Philip J. Levitz

Philip J. Levitz
Senior Assistant Solicitor General
(212) 416-6325

cc: Counsel of record (by ECF)