# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand and twenty-three,

Jason Frey, Brianna Frey, Jack Cheng, William Sappe,

  Plaintiffs - Appellants,

v.

New York City, New York, Keechant Sewell, in her Official Capacity, Steven Nigrelli, in his Official Capacity,

  Defendants - Appellees,

Kevin P. Bruen, Acting Superintendent of the New York State Police, in his official capacity, Dermot Shea, in his official capacity as NYPD Police Commissioner,

  Defendants.

**ORDER**
Docket No. 23-365

By letter dated December 18, 2023, the parties jointly requested that the Court allow the parties to submit supplemental letter briefs, not to exceed fifteen double-spaced pages, on or before January 9, 2024, addressing the effect that the Antonyuk opinion has on this appeal.

IT IS HEREBY ORDERED that the request is GRANTED.

  For The Court:
  Catherine O'Hagan Wolfe,
  Clerk of Court