# 23-365-cv

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

JASON FREY, BRIANNA FREY, JACK CHENG, WILLIAM SAPPE,

*Plaintiffs-Appellants*,

*v.*

NEW YORK CITY, NEW YORK, KEECHANT SEWELL, in her Official Capacity, STEVEN NIGRELLI, in his Official Capacity,

*Defendants-Appellees*,

KEVIN P. BRUEN, Acting Superintendent of the New York State Police, in his official capacity, DEMOT SHEA, in his official capacity as NYPD Police Commissioner,

*Defendants*.

On Appeal from the United States District Court
for the Southern District of New York
No. 21-cv-5334 (Hon. Nelson Stephen Roman)

**BRIEF FOR AMICUS CURIAE THE TIMES SQUARE ALLIANCE IN SUPPORT OF DEFENDANTS-APPELLEES AND AFFIRMANCE**

ALAN SCHOENFELD
RYAN CHABOT
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7294
alan.schoenfeld@wilmerhale.com

*Counsel for Amicus Curiae*
*The Times Square Alliance*

September 26, 2023

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedures, Amicus Curiae The Times Square Alliance states that it does not have a parent corporation and, since it has no stock, no publicly held company owns 10 percent or more of its stock.

# TABLE OF CONTENTS

Page

CORPORATE DISCLOSURE STATEMENT ........................................................i

TABLE OF AUTHORITIES .................................................................. iii

INTEREST OF AMICUS CURIAE ..........................................................1

INTRODUCTION AND SUMMARY OF ARGUMENT .......................................2

ARGUMENT ...............................................................................4

I.    TIMES SQUARE IS A ONE-OF-A-KIND MARKET HUB THAT IS PACKED WITH CROWDS, HOSTS EXTENSIVE CIVIC AND EXPRESSIVE ACTIVITY ........................................................................4

    A.    Times Square Is A Uniquely Congested Commercial Center Where The Carry Of Firearms Presents Extraordinary Risks...............4

        1.    Times Square is the Crossroads of the World............................4

        2.    Times Square's busyness exposes it to firearm violence...........6

    B.    Times Square Is A Bastion Of Civic And Cultural Expression Where The Presence Of Guns Would Severely Undermine First Amendment Values ................................................................9

        1.    Times Square is a locus of First Amendment expression...........9

        2.    Gun regulations protect these First Amendment values...........12

II.    A TRADITION OF REGULATING FIREARMS IN CONGESTED SITES OF COMMERCIAL AND CIVIC ACTIVITY SUPPORTS SPECIALLY LIMITING FIREARMS IN TIMES SQUARE ........................................................13

    A.    Firearms May Be Prohibited From Congested Commercial Areas..................................................................................14

    B.    Firearms May Be Prohibited From Public Gatherings For Recreational, Entertainment Or Expressive Purposes........................18

CONCLUSION ...........................................................................20

CERTIFICATE OF COMPLIANCE

# TABLE OF AUTHORITIES

## CASES

Page(s)

*District of Columbia v. Heller*,
    554 U.S. 570 (2008)................................................................19

*Hill v. State*,
    53 Ga. 472 (1874)................................................................17

*Maupin v. State*,
    17 S.W. 1038 (Tenn. 1890) ................................................17

*New York State Rifle & Pistol Association v. Bruen*,
    142 S. Ct. 2111 (2022)....................................................13,19

*Owens v. State*,
    3 Tex. App. 404 (1878) ......................................................17

## STATUTES

1889 Ariz. Sess. Laws 16................................................................17

1889 Ariz. Sess. Laws 17, no. 13, § 3..........................................20

1878-79 Ga. Laws 421...................................................................17

1889 Idaho Sess. Laws 23..............................................................17

1821 Me. Laws 285, ch. 73 § 1......................................................15

1878 Miss. Laws 176.....................................................................20

1879 Mo. Laws 90..........................................................................20

1883 Mo. Laws 76..........................................................................17

1903 Mont. Laws 355.....................................................................17

N.Y.C. Admin Code § 10-315 ........................................................4

N.Y. Penal Law § 265.01 ........................................ 3, 13, 14,, 15 16, 18

1890 Okla. Sess. Laws 495............................................................17

1801 Tenn. Pub. Acts 260, ch. 22 § 6 .................................................... 15

1869-79 Tenn. Pub. Acts 23 ............................................................... 16

1870 Tex. Gen. Laws 63 ............................................................... 17, 20

1786 Va. Laws 33, ch. 21 ................................................................... 15

Statue of Northampton, 2 Edw. 3, ch. 3 (Eng. 1328), *reprinted in* 1
      The Statutes of the Realm 258 (1810) ............................................ 14

## OTHER AUTHORITIES

*2023 Annual Report*, Times Square Alliance (Apr. 24, 2023),
      https://www.timessquarenyc.org/sites/default/files/resource-
      pdfs/TSA_Annual%20Report_2023_4.24.pdf .......................................5, 11

Associated Press, *NYPD: 9 Shooting Bystander Victims Hit by Police
      Gunfire*, Fox News (Dec 1, 2015), https://www.foxnews.com/
      us/nypd-9-shooting-bystander-victims-hit-by-police-gunfire ....................... 8

Baker, Al, *In Times Square Blast, Echoes of Earlier Bombings*,
      N.Y. Times (Mar. 7, 2008), https://www.nytimes.com/2008/03/
      07/nyregion/07bicycle.html ............................................................ 6

Baker, Al & William K. Rashbaum, *Police Find Car Bomb in Times
      Square*, N.Y. Times (May 1, 2010), https://www.nytimes.com/
      2010/05/02/nyregion/02timessquare.html ............................................ 6

Barton, Champe & Tom Jackman, *One of America's Favorite
      Handguns Is Allegedly Firing On Its Owners,* The Trace
      (Apr. 11, 2023), https://www.thetrace.org/2023/04/sig-sauer-
      p320-upgrade-safety ..................................................................... 8

Bentata Gryting, Carina & Mark Frassetto, NYSRPA *v.* Bruen *and
      the Future of The Sensitive Places Doctrine: Rejecting
      the Ahistorical Government Security Approach*,
      63 Bos. Coll. L. Rev. E.Supp. I-60 (2022) ...................................... 15, 17

Blocher, Joseph & Reva B. Siegel, *Guided by History: Protecting
      the Public Sphere From Weapons Threats Under* Bruen,
      98 N.Y.U. L. Rev. 101 (forthcoming 2023),
      https://bit.ly/45eG15u ........................................................... 10, 16, 19

Blocher, Joseph & Reva B. Siegel, *When Guns Threaten the Public Sphere: A New Account of Public Safety Regulation Under Heller*, 116 Nw. U. L. Rev. 139 (2021) .................................................16, 19

Charles, Patricia J., *The Faces of the Second Amendment Outside the Home, Take Two: How We Got Here and Why It Matters*, 64 Clev. St. L. Rev. 373 (2016) .................................................16

Cornell, Saul, *The Right to Carry Firearms Outside of the Home: Separating Historical Myths from Historical Realities*, 39 Fordham Urb. L.J. 1695 (2016) .................................................16

Cramer, Maria & Lola Fadulu, *Times Square Killing Tests New York's Push to Curb Gun Violence*, N.Y. Times (Feb. 11, 2023), https://www.nytimes.com/2023/02/11/nyregion/times-square-shooting-gun-violence-ny.html .................................................6

Doyle, Paulie, *The 25 Most Visited Tourist Spots in America*, Newsweek (Aug. 10, 2021), https://www.newsweek.com/most-visited-tourist-spots-america-disney-new-york-california-1616737 .................................................5

*Everytown Research & Policy Report–Armed Assembly: Guns, Demonstrations, and Political Violence in America* (Aug. 23, 2021), https://everytownresearch.org/report/armed-assembly-guns-demonstrations-and-political-violence-in-america/ .................................................12

Frassetto, Mark A., *To the Terror of the People: Public Disorder Crimes and the Original Public Understanding of the Second Amendment*, 43 S. Ill. U. L.J. 61 (2018) .................................................14

*From Dazzling to Dirty and Back Again: A Brief History of Times Square*, Times Square Official Website, https://www.timessquarenyc.org/history-of-times-square (last visited Sept. 26, 2023), .................................................9

Gajanan, Mahita, *Mistaking Motorcycles Backfiring as Gunshots, Crowds Flee Times Square in Mass Panic*, Time (Aug. 7, 2019), https://time.com/5646051/broadway-times-square-shooting-panic-stampede .................................................8

Gay, Mara, *New York City Moves to Bring Order to Times Square, Restrict Panhandlers*, Wall St. J. (Apr. 8, 2016), https://www.wsj.com/articles/new-york-city-moves-to-bring-order-to-times-square-restrict-panhandlers-1460074231 ............................ 11

Gray, Christopher, *Streetscapes/50th Street from Broadway to Seventh Avenue; Once the Home of Horses, Now the Home of 'Cats'*, N.Y. Times (Sept. 13, 1998), https://www.nytimes.com/1998/09/13/realestate/streetscapes-50th-street-broadway-seventh-avenue-once-home-horses-now-home-cats.html ............................................ 9

Haberman, Clyde, *The Crossroads*, N.Y. Times, https://archive.nytimes.com/www.nytimes.com/specials/times-square/ts-index.html (last visited Sept. 26, 2023) ......................................... 10

Hong, Nicole, *Times Square at Its Overcrowded, Dizzying Worst Is Exactly What N.Y.C. Needs*, N.Y. Times (May 28, 2022), https://www.nytimes.com/2022/05/28/business/times-square-new-york-pandemic.htm ................................................................ 4, 5

*HUGE TIMES SQUARE CROWD SEES GAME; Thousands Brave Rain to View Score-Board Reproduction of World's Series Opener. One Fan Encounters Tragedy. Bleacherites in Their Element. Full Line of Speculation*, N.Y. Times (Oct. 2, 1919), https://timesmachine.nytimes.com/timesmachine/1919/10/02/118160186.pdf .................................................................... 10

Jewell, Edwin L., *The Laws and Ordinances of the City of New Orleans* (1882) ............................................................... 20

Ly, Laura, et al., *Two Woman and a 4-Year-Old Girl Wounded in Times Square Shooting, NYPD Says*, CNN (May 9, 2021), https://www.cnn.com/2021/05/08/us/new-york-times-square-shooting-3-injured/index.html ...................................................... 6

Marcius, Chelsia R., *15-Year-Old Boy Shot Dead While Riding Subway in Far Rockaway*, N.Y. Times (Oct. 17, 2022), https://www.nytimes.com/2022/10/14/nyregion/15-year-old-subway-shooting-far-rockaway.html .............................................. 7

Martin, Francois X., *A Collection of Statutes of the Parliament of England in Force in the State of North Carolina* (Newbern ed. 1792) ............................................................................................. 15

Mueller, Benjamin, *In Wake of Attacks, Tighter Security for Times Square on New Year's Eve*, N.Y. Times (Dec. 28, 2017), https://www.nytimes.com/2017/12/28/nyregion/times-square-new-years-eve-security.html ............................................................. 18

Newman, Andy & Mihir Zaveri, *Islamic Extremism Drove Suspect in Times Square Attack, Official Says*, N.Y. Times (Jan. 2, 2023), https://www.nytimes.com/2023/01/02/nyregion/times-square-nyc-machete-attack.html ................................................................. 6

Nir, Sarah M. & William K. Rashbaum, *Bomber Strikes Near Times Square, Disrupting City but Killing None*, N.Y. Times (Dec. 11, 2017), https://www.nytimes.com/2017/12/11/nyregion/explosion-times-square.html ................................................... 7

*NYPD and New York City Police Foundation Unveil Redesigned Substation at Crossroads of the World*, NYPD (Nov. 19, 2018), https://www.nyc.gov/site/nypd/news/pr1119/nypd-new-york-city-police-foundation-redesigned-substation-crossroads-the-world#/0 .................................................................................... 18

Palmer, Diana, *Fired Up or Shut Down: The Chilling Effect of Open Carry on First Amendment Expression at Public Protests* (May 28, 2021), https://repository.library.northeastern.edu/files/neu:bz611n382/fulltext.pdf ......................................................... 13

Palmer, Diana & Timothy Zick, *The Second Amendment Has Become a Threat to the First*, The Atlantic (Oct. 27, 2021), https://www.theatlantic.com/ideas/archive/2021/10/second-amendment-first-amendment/620488 ......................................... 13

Press Release, DOJ Office of Public Affairs, *Federal Charges Announced Against Maine Man Who Carried Out Machete Attack in Times Square on New Year's Eve in the Name of Jihad* (Jan. 10, 2023), https://www.justice.gov/opa/pr/federal-charges-announced-against-maine-man-who-carried-out-machete-attack-times-square-new ...................................... 7

*Public Safety Department*, Times Square Alliance,
https://www.timessquarenyc.org/about-the-alliance/public-
safety-sanitation/public-safety-department (last visited Sept. 26,
2023) ........................................................................................18

Putizer, Konrad & Peter Grant, *Times Square Plots Its Comeback, and
It Looks Like Las Vegas*, Wall St. J. (Apr. 26, 2022),
https://www.wsj.com/articles/times-square-plots-its-comeback-
and-it-looks-like-las-vegas-11650965581 .........................................5

Rashbaum, William & Michael Gold, *Times Square Terror Plot:
Inspired by Bin Laden, Man Planned Bombing, Officials Say*,
N.Y. Times (June 7, 2019), https://www.nytimes.com/2019/
06/07/nyregion/times-square-plot-attack.html .................................7

Romo, Vanessa, *Car Rams Into Black Lives Matter Protestors in New
York City's Times Square*, NPR (Sep. 3, 2020),
https://www.npr.org/sections/live-updates-protests-for-racial-
justice/2020/09/03/909478054/car-rams-into-black-lives-
matter-protesters-in-new-york-citys-time-square ............................10

Rosenberg, Eli & Liam Stack, *One Dead and 22 Injured as Car Rams
Into Pedestrians in Times Square*, N.Y. Times (May 18, 2017),
https://www.nytimes.com/2017/05/18/nyregion/times-square-
crash.htm ...................................................................................6

*U.S. Department of Homeland Security Soft Targets and Crowded
Places Security Plan Overview*, DHS (May 2018),
https://www.cisa.gov/resources-tools/resources/security-soft-
targets-and-crowded-places-resource-guide ...................................6

Vilensky, Mike, et al., *74 Arrested as Protestors 'Occupy' Times
Square*, Wall St. J. (Oct. 16, 2011), https://www.wsj.com/
articles/SB10001424052970204002304576633542169585716 ................10

Watkins, Ali & Ashley Wong, *Police Officers Will 'Flood' Times
Square After Another Bystander Is Shot*, N.Y. Times
(June 28, 2021), https://www.nytimes.com/2021/06/28/
nyregion/times-square-shooting.html ............................................6

Zraick, Karen & Maya King, *Man, 22, Fatally Shot Near Times Square During Rush Hour*, N.Y. Times (Feb. 9, 2023), https://www.nytimes.com/2023/02/09/nyregion/shooting-midtown-manhattan.html.................................................................7

## INTEREST OF AMICUS CURIAE

The Times Square Alliance, founded in 1992, works to improve and promote Times Square—cultivating the creativity, energy, and edge that have made the area an icon of entertainment, culture, and urban life for over a century. In addition to providing core neighborhood services with its Public Safety Officers and Sanitation Associates, the Alliance promotes local businesses; encourages economic development and public improvements; co-coordinates numerous major events in Times Square, including the annual New Year's Eve and Solstice in Times Square celebrations; curates and presents public art projects throughout the district through Times Square Arts; and advocates on behalf of its constituents with respect to a host of public policy, planning, and quality-of-life issues. The Alliance's district covers most of the territory from 40th Street to 53rd Street between 6th and 8th Avenues, as well as Restaurant Row (46th Street between 8th and 9th Avenue). The Times Square Alliance is a 501(c)(3) not-for-profit organization governed by a voluntary Board of Directors. The Alliance offers this amicus curiae brief to provide its expertise to the Court regarding the unique qualities of Times Square as relevant to the question of the constitutionality of N.Y. Penal Law § 265.01-(E)(2)(t)'s prohibition of firearms in Times Square.[1]

---

[1] No party's counsel authored this brief in whole or part, and no party or party's counsel contributed money that was intended to fund its preparation or submission.

## INTRODUCTION AND SUMMARY OF ARGUMENT

I.      There is no place in the world like Times Square in New York City, a one-of-a-kind market hub that is packed with crowds twenty-four hours a day, every day of the year, and is host to extensive civic and expressive activity.

A.      Times Square is a uniquely busy and bustling commercial center, where the carry of firearms would present extraordinary risks.  Times Square, called the Crossroads of the World, is home to some of the most important and vibrant commercial and tourist sites in New York City, and in the world.  It is by far America's most visited tourist attraction.  This busyness and vitality, however, exposes it to a great risk from firearm violence.  Simply put, the popularity of Times Square would magnify the danger from, and harm by, firearm violence many fold.

B.      Times Square is also a beating heart of civic and cultural expression where the presence of firearms would undermine national values of free speech, expression, and association.  Times Square is where people go to express themselves—to bear witness to national events, to protest and be heard, and to celebrate the arts and all manner of expression.  Introducing firearms could make the heated exchange of ideas, however controversial, devolve into the heated exchange of gunfire.

II.    Given these qualities, prohibiting firearms from Times Square is consistent with the nation's history of firearms regulation.

A.    There is a long history of regulating firearm usage in congested commercial areas.  Given that Times Square is both a place of public assembly and a market hub, N.Y. Penal Law § 265.01-(E)(2)(t) represents another entry in a long list of statutes that recognize that the presence of groups of people, often in confined spaces, renders a location uniquely vulnerable to firearm violence and accordingly prohibit the carry of firearms in sites where groups of people are congregated for commercial, social, and cultural activities.

B.    Firearms may also be prohibited from public gatherings for recreational, entertainment, or expressive purposes.  There is a historical tradition of banning firearms in places of public gathering that serve as a forum for civic participation.  The historical justification for regulating guns in sensitive places such as schools, government buildings, and polling places was to protect democratic community.  The historical record is ripe with examples of laws that are analogous to the Times Square gun restrictions, both in purpose and in character.  Firearms may also be prohibited in highly crowded locations where the risk of violence is high.

# ARGUMENT

## I. TIMES SQUARE IS A ONE-OF-A-KIND MARKET HUB THAT IS PACKED WITH CROWDS AND HOSTS EXTENSIVE CIVIC AND EXPRESSIVE ACTIVITY

### A. Times Square Is A Uniquely Congested Commercial Center Where The Carry Of Firearms Presents Extraordinary Risks

Times Square—the area bounded by Fortieth and Fifty-Third Streets between Sixth and Ninth Avenues—is at once the most visited tourist attraction in New York and the hub for some of New York's most lucrative business activity, like trading on the floor of the Nasdaq Stock Market. *See* N.Y.C. Admin Code § 10-315 (defining boundaries of Times Square sensitive location zone). It is, in other words, a singular "destination for both work and play." Hong, *Times Square at Its Overcrowded, Dizzying Worst Is Exactly What N.Y.C. Needs*, N.Y. Times (May 28, 2022) ("Hong, *Times Square*"); *see* A173-174 (Op.). This extraordinary volume of activity, however, means that the carry of firearms in Times Square would present unique and serious risks.

### 1. Times Square is the Crossroads of the World

Times Square is an extraordinarily congested hub of commercial and recreational activity. It is among the most important sites of commerce in New York City. In addition to hosting the Nasdaq Exchange, Times Square is home to Broadway's theaters; hundreds of restaurants, food vendors, and small businesses; and coveted commercial real estate housing investment banks, law firms, and tech

pioneers.  VISA consumer spending in Times Square exceeded $2.7 billion in 2022 alone.  *2023 Annual Report* 4, Times Square Alliance (2023).  Times Square's economic output amounts to 15% of New York City's combined production, by itself rivaling the economic output of some entire major cities, such as Nashville.  Putizer & Grant, *Times Square Plots Its Comeback, and It Looks Like Las Vegas*, Wall St. J. (Apr. 26, 2022).

Times Square's economic draw is rivaled only by its magnetism as a tourist attraction.  Times Square immerses its more than 300,000 daily visitors—over 400,000 visitors on multiple days this summer—in a dizzying array of sights, smells, and sounds.  *2023 Annual Report* 4.  Its bustling pedestrian areas are like no other; the confluence of suited professionals, costumed mascots, and selfie-taking tourists gives a stroll through Times Square the flavor of stepping into "a live-action video game."  Hong, *Times Square*.  It should come as no surprise, then, that Times Square is by far America's most visited tourist attraction.  Doyle, *The 25 Most Visited Tourist Spots in America*, Newsweek (Aug. 10, 2021).  And in keeping with Times Square's popularity among visitors and New Yorkers alike, Times Square-42nd Street is the busiest subway station in all of New York City.  A174 (Op.).  Times Square's reputation as the "Crossroads of the World" is thus well earned.

### 2. Times Square's busyness exposes it to firearm violence

Times Square's unique popularity also makes it a target for attack. It is a quintessential "soft target": its crowds, accessibility, and cultural visibility make it an appealing target for violent attack. *See U.S. Department of Homeland Security Soft Targets and Crowded Places Security Plan Overview*, DHS (May 2018) (defining soft targets and identifying strategies for their improved protection). In recent years, Times Square has been at risk of bombings, shootings, and other significant acts of violence.[2] For instance, as recently as February 2023, a 22-year-old man was shot during a Thursday rush hour—only "steps [away] from Broadway theaters, hotels, the sprawling Times Square subway station and the Port

---

[2] *See, e.g.*, Baker, *In Times Square Blast, Echoes of Earlier Bombings*, N.Y. Times (Mar. 7, 2008) (describing the bombing of a military recruitment facility); Baker & Rashbaum, *Police Find Car Bomb in Times Square*, N.Y. Times (May 1, 2010); Rosenberg & Stack, *One Dead and 22 Injured as Car Rams Into Pedestrians in Times Square*, N.Y. Times (May 18, 2017) (describing a vehicle-ramming that killed one and injured 22); Ly et al., *Two Woman and a 4-Year-Old Girl Wounded in Times Square Shooting, NYPD Says*, CNN (May 9, 2021) (reporting on a shooting in Times Square spurred by an argument); Watkins & Wong, *Police Officers Will 'Flood' Times Square After Another Bystander Is Shot*, N.Y. Times (June 28, 2021) (reporting on a shooting spurred by an argument, resulting in the shooting of a bystander); Newman & Zaveri, *Islamic Extremism Drove Suspect in Times Square Attack, Official Says*, N.Y. Times (Jan. 2, 2023) (reporting on a machete attack on several NYPD officers in Times Square); Cramer & Fadulu, *Times Square Killing Tests New York's Push to Curb Gun Violence*, N.Y. Times (Feb. 11, 2023) (documenting the first shooting in Times Square after it became a "gun-free zone").

Authority Bus Terminal." Zraick & King, *Man, 22, Fatally Shot Near Times Square During Rush Hour*, N.Y. Times (Feb. 9, 2023).

Times Square has also been a target for terrorist activity. In 2019, for example, a 22-year-old-man planned an unsuccessful attack on Duffy Square, the heart of Times Square. Rashbaum & Gold, *Times Square Terror Plot: Inspired by Bin Laden, Man Planned Bombing, Officials Say*, N.Y. Times (June 7, 2019). Inspired by the 9/11 attacks, the man intended to open fire with a gun on tourists in the area. *Id.* Other attacks have not just been planned but have been carried out in Times Square over the years. *See, e.g.*, Press Release, DOJ Office of Public Affairs, *Federal Charges Announced Against Maine Man Who Carried Out Machete Attack in Times Square on New Year's Eve in the Name of Jihad* (Jan. 10, 2023); Nir & Rashbaum, *Bomber Strikes Near Times Square, Disrupting City but Killing None*, N.Y. Times (Dec. 11, 2017).

Moreover, the same volume of activity that attracts businesses and tourists to Times Square also makes the area susceptible to firearm violence. Congestion leads to jostling, and jostling can cause altercations that risk turning violent. While episodes of flared tempers and pushing and shoving in Times Square are inevitable, their consequences are far more likely to be violent—even deadly—if the disputants are carrying firearms. *See* Marcius, *15-Year-Old Boy Shot Dead While Riding Subway in Far Rockaway*, N.Y. Times (Oct. 17, 2022) ("We've seen

a lot this year, where disputes quickly lead to verbal arguments, and then quickly lead to physical disputes—confrontations that unfortunately have led to violence."). Such routine episodes of physical contact among passersby also risk accidental firearm discharges if those passersby are armed. *See* Barton & Jackman, *One of America's Favorite Handguns Is Allegedly Firing On Its Owners*, The Trace (Apr. 11, 2023) (describing how one of the "nation's most popular handguns" suffers from "pattern of discharges" caused by "routine movements" even when the "victim's hand was nowhere near" the trigger).

These same congested conditions that would expose Times Square to firearm violence undermine the usefulness of firearms as a means of self-defense. Even the most skilled marksman would have difficulty identifying and striking an assailant in self-defense among Times Square's multitudes, especially without injuring a bystander. *See, e.g.*, Associated Press, *NYPD: 9 Shooting Bystander Victims Hit by Police Gunfire*, Fox News (Dec 1, 2015) (describing episode in which veteran NYPD officers wounded nine bystanders in the crowded area outside the Empire State Building while trying to subdue a gun-wielding suspect). And even if no one fell victim to the crossfire, gunfire would sow panic among Times Square's already-energized crowds, setting the stage for a deadly stampede. *See* Gajanan, *Mistaking Motorcycles Backfiring as Gunshots, Crowds Flee Times Square in Mass Panic*, Time (Aug. 7, 2019).

- 8 -

**B.** **Times Square Is A Bastion Of Civic And Cultural Expression Where The Presence Of Guns Would Severely Undermine First Amendment Values**

**1.** **Times Square is a locus of First Amendment expression**

Since its inception, Times Square has served as a civic and cultural hub for art, theater, and expression.  Through its history, it has been a place where people gather, whether to watch the ball drop on New Years Eve, witness a presidential election, protest a war, or gather in the struggle for civil rights.  It is America's town square.

That has been true from the start, for nearly a century and a half.  In the 1880s, when Times Square was known as Long Acre Square, it hosted William Henry Vanderbilt's American Horse Exchange, a center for horse trading, which later became the Winter Garden Theatre in 1910.  Gray, *Streetscapes/50th Street from Broadway to Seventh Avenue; Once the Home of Horses, Now the Home of 'Cats'*, N.Y. Times (Sept. 13, 1998).  Just after 1900, automobiles took over in popularity, and theater and hotel construction flourished.  *Id*.  Long Acre Square was renamed Times Square in 1904.  A year later, *The New York Times* moved its headquarters to Times Square, around the time the Interborough Rapid Transit Company made Times Square more accessible than ever, leading to its dramatic growth.  *From Dazzling to Dirty and Back Again: A Brief History of Times Square*, Times Square Official Website.  By World War I, dozens of major theaters

established themselves in the Square; shortly before the stock market crash of 1929, a record 265 shows were produced in 76 theaters.  Haberman, *The Crossroads*, N.Y. Times.  Thousands gathered in Times Square to watch the 1919 World Series.  *HUGE TIMES SQUARE CROWD SEES GAME; Thousands Brave Rain to View Score-Board Reproduction of World's Series Opener. One Fan Encounters Tragedy. Bleacherites in Their Element. Full Line of Speculation*, N.Y. Times (Oct. 2, 1919).

Today, Times Square remains a robust site for protest and civic activity, ingredients necessary to preserving democracy.  *See* Blocher & Siegel, *Guided by History: Protecting the Public Sphere From Weapons Threats Under* Bruen, 98 N.Y.U. L. Rev. 101 (forthcoming 2023).  From the Vietnam War to the recent war in Ukraine, for example, New Yorkers from all over the State have packed the Square to stand in solidary with anti-war efforts.  In 2011, thousands of protestors from around the country marched from NYC's Financial District to Times Square as a part of the Occupy Wall Street Movement.  Vilensky et al., *74 Arrested as Protestors 'Occupy' Times Square*, Wall St. J. (Oct. 16, 2011).  And in 2020, Black Lives Matter protestors mobilized in Times Square, only to be confronted by a corresponding group of anti-Black Lives Matter protestors; during those high-emotion dueling protests, a car drove through a crowd of demonstrators on Eighth Avenue.  Romo, *Car Rams Into Black Lives Matter Protestors in New York City's*

*Times Square*, NPR (Sep. 3, 2020).  Times Square's media exposure and cultural significance make it a prime location for demonstration and protest.

Nor is its role as a hotbed for the freedom of assembly and expression limited to public protests.  The Times Square Alliance hosts large-scale public assemblies including the New Year's Eve ball drop, Superbowl watch parties, Pride in Times Square, and more.  *See 2023 Annual Report* 1.  Thousands of people watch the giant screens broadcasting major elections peppered across Times Square.  Times Square is home to cultural institutions like the Radio City Music Hall, Broadway Theaters, and Madame Tussauds as well as home to democracy-enhancing organizations like *The New York Times*, CBS Broadcasting Network, News Corporation (which includes Fox News, the *Wall Street Journal*, and the *New York Post*), and *Time* magazine.

Given this role, Times Square has a unique regulatory regime for engaging in protected and commercial activity.  In 2016, for example, the New York City council passed a bill that carved out three legally defined zones within Times Square for the activities of costumed characters and panhandling, treating them as engaged in "business activity."  One zone was defined as a "civic zone" for free-speech activities, approved concessions, and events with permits.  A second zone would "accommodate those soliciting passersby."  A third zone allowed for the free flow of pedestrians.  Gay, *New York City Moves to Bring Order to Times*

*Square, Restrict Panhandlers*, Wall St. J. (Apr. 8, 2016). In 2021, a new New York City law established a specific theater district zone. These special civic, soliciting, pedestrian, and theater zones all underscore Times Square's unique role in the free expression of ideas and assembly in New York, and in America.

### 2. Gun regulations protect these First Amendment values

Without appropriate firearms regulations, the heated exchange of ideas characteristic of Times Square could be replaced by the heated exchange of gunfire. A report published by Everytown for Gun Safety Support Fund and the Armed Conflict Location & Event Data Project (ACLED) found that in the 18-month period from January 2020 to June 2021, one in six armed protests in America turned violent, and one in 62 turned deadly. *See Everytown Research & Policy Report–Armed Assembly: Guns, Demonstrations, and Political Violence in America* (Aug. 23, 2021). Only one in 37 unarmed protests turned violent or destructive, while only one in 2,963 unarmed gatherings turned fatal. *Id*. The report found that armed demonstrations are almost six times more likely to turn violent or destructive compared to unarmed demonstrations, directly refuting claims that armed individuals are "guarantors" of safety in public spaces. *Id*.

The discharge of a gun (intentional or accidental) would shut down Times Square, with the likely effect of chilling future speech and protest. Even the perceived security risk of allowing guns in Times Square could prevent people

from participating in cultural and democratic speech, knowing that others may be armed.  A study on the impact of open carry of firearms on the exercise of protest rights revealed that participants were fearful that firearms at a protest would be used to intimidate or threaten them if they did not agree with the firearm owner's point of view.  *See* Palmer & Zick, *The Second Amendment Has Become a Threat to the First*, The Atlantic (Oct. 27, 2021); Palmer, *Fired Up or Shut Down: The Chilling Effect of Open Carry on First Amendment Expression at Public Protests* (May 28, 2021).  It further found that "participants [were far less likely to] attend a protest, carry a sign, vocalize their views, or bring children to protests" if "they knew firearms would be present."  *Id*. at 128, 143.  Allowing guns in Times Square would therefore chill speech and cultural expression, interrupting a century-long tradition of democratic engagement in American's town square.

## II.   A TRADITION OF REGULATING FIREARMS IN CONGESTED SITES OF COMMERCIAL AND CIVIC ACTIVITY SUPPORTS SPECIALLY LIMITING FIREARMS IN TIMES SQUARE

N.Y. Penal Code § 265.01-(E)(2)(t) prohibits the "possession of a firearm, rifle, or shotgun" in Times Square.  This limitation falls squarely within "the Nation's historical tradition of firearm regulation."  *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111, 2129-2130 (2022).

**A.     Firearms May Be Prohibited From Congested Commercial Areas**

The district court rightly found that § 265.01-(E)(2)(t) is supported by "a historical tradition of banning firearms in regularly congested commercial areas." A173 (Op.). That tradition is demonstrated by a series of laws that ban firearms in "'fairs' or 'markets' or areas that [host] large crowds." A174 (Op.). Those laws are analogous to § 265.01-(E)(2)(t) not only because of the similarity of Times Square to the places traditionally subject to heightened regulation but also because those laws impose comparable regulatory burdens in the service of shared policy goals.

There are a number of historical analogs to § 265.01-(E)(2)(t), including several from each of the Founding and Reconstruction Eras. These laws, in turn, are the product of a centuries-long tradition of curtailing the carry of firearms in crowded commercial sites. The Statute of Northampton is the earliest example of that tradition. *See* 2 Edw. 3, ch. 3 (Eng. 1328), *reprinted in* 1 The Statutes of the Realm 258 (1810). That statute provided that no person could bring "force in affray of the peace, nor to ride armed by night nor by day, in Fairs, Markets, nor in the presence of the Justices or other Ministers, nor in no part elsewhere." *Id*. The Statute of Northampton operated in fourteenth-century England as a "complete prohibition on carrying weapons in public, at least in populated areas." Frassetto, *To the Terror of the People: Public Disorder Crimes and the Original Public*

*Understanding of the Second Amendment*, 43 S. Ill. U. L.J. 61, 67 (2018); *see also* Bentata Gryting & Frassetto, NYSRPA *v. Bruen and the Future of The Sensitive Places Doctrine: Rejecting the Ahistorical Government Security Approach*, 63 Bos. Coll. L. Rev. E.Supp. I-60, I-62 (2022).

The Statute of Northampton was adopted almost verbatim in the Founding Era by both Virginia and North Carolina. *See* 1786 Va. Laws 33, ch. 21, An Act Forbidding and Punishing Affrays ("[N]o man, great nor small, [shall] go nor ride armed by night nor by day, in fair or markets ... in terror of the Country ...."); Martin, *A Collection of Statutes of the Parliament of England in Force in the State of North Carolina* 60-61 (Newbern ed. 1792) ("[N]o man great nor small ... except the King's servants in his presence … be so hardy to … ride armed by night nor by day, in fairs [or] markets ...."). Maine and Tennessee similarly restricted the carrying of weapons in public in the early 1800s—for the latter, banning weapons where brandishing them would be "to the fear or terror of any person." 1801 Tenn. Pub. Acts 260, ch. 22 § 6; *see* 1821 Me. Laws 285, ch. 73 § 1. That such laws existed around the time of the Founding is strong support for the permissibility of prohibiting firearms in congested commercial spaces like Times Square.

These Founding Era laws are also analogous to § 265.01-(E)(2)(t) on the dimensions of *how* and *why*. By proscribing "rid[ing] armed," these laws flatly and permanently prohibited the public carry of firearms in commercial centers.

*See* Charles, *The Faces of the Second Amendment Outside the Home, Take Two: How We Got Here and Why It Matters*, 64 Clev. St. L. Rev. 373, 379-381 (2016); Cornell, *The Right to Carry Firearms Outside of the Home: Separating Historical Myths from Historical Realities*, 39 Fordham Urb. L.J. 1695, 1719 (2016).  These laws imposed this burden on the right to bear arms in the service of at least two policy goals.  First, and most intuitively, to preserve life, since the consequences of improper firearm use are particularly grave in congested areas.  *See* Blocher & Siegel, *When Guns Threaten the Public Sphere: A New Account of Public Safety Regulation Under* Heller, 116 Nw. U. L. Rev. 139, 167 (2021).  Second, to protect the "[s]ecurity of commerce," since the liberty to participate in market exchanges without fear has long been viewed as "an element of democratic community."  Blocher & Siegel, *Guided by History: Protecting the Public Sphere From Weapons Threats Under Bruen*, 98 N.Y.U. L. Rev. at 125.  Each justification applies just as readily to § 265.01-(E)(2)(t).

There are similarly strong historical analogs in the Reconstruction period.  Like the Statute of Northampton and the Founding Era restrictions targeted to fairs and markets, these laws demonstrate a well-established tradition of curtailing the carry of firearms in public spaces where large numbers of people gather, particularly places that host commercial activities.  *See* 1869-79 Tenn. Pub. Acts 23 (prohibiting firearms in any "fair, race course, or other public assembly of the

people"); 1870 Tex. Gen. Laws 63 (prohibiting firearms in any ballroom, social

party, or other social gathering);1883 Mo. Laws 76 (similar); 1889 Ariz. Sess.

Laws 16 (similar); 1890 Okla. Sess. Laws 495 (similar); 1903 Mont. Laws 355

(similar); *see* 1878-79 Ga. Laws 421 (prohibiting firearms in places of "public

gathering" or "assembly"); 1889 Idaho Sess. Laws 23 (same).  As the Georgia

Supreme Court noted in 1874:  "The practice of carrying arms at courts, elections

and places of worship, etc., is a thing so improper in itself, so shocking to all sense

of propriety, so wholly useless and full of evil, that it would be strange if the

framers of the constitution have used words broad enough to give it a constitutional

guarantee."  Bentata Gryting & Frassetto, 63 Bos. Coll. L. Rev. E.Supp. at I-66

(quoting *Hill v. State*, 53 Ga. 472, 475 (1874)).

 These laws were motivated by the same aims of protecting life and ensuring

access to the marketplace as were the Founding Era analogs.  *See, e.g.*, *Owens v.*

*State*, 3 Tex. App. 404, 407 (1878) (explaining that self-defense motive "affords no

excuse in my wearing deadly weapons to … places mentioned where … the lives

of innocent people there assembled placed in jeopardy or sacrificed"); *Maupin v.*

*State*, 17 S.W. 1038, 1039 (Tenn. 1890) ("The mill was a public place—a place to

which customers were constantly invited and daily expected to go.  In such a place

a man, though he be the proprietor, may not lawfully carry pistols concealed about

his person.").

Given that Times Square is both a place of public assembly and a market hub, N.Y. Penal Law § 265.01-(E)(2)(t) represents another entry in a long list of statutes that recognize "that the presence of groups of people, often in confined spaces, renders a location uniquely vulnerable to firearm violence" and accordingly prohibit the carry of firearms in sites where "groups of people are congregated for commercial, social, and cultural activities." A176 (Op.).[3]

## B. Firearms May Be Prohibited From Public Gatherings For Recreational, Entertainment, Or Expressive Purposes

The district court rightly held that N.Y. Penal Law § 265.01-e(2)(t) has analogs in historical laws "banning firearms in locations where large groups of people are congregated for commercial, social, and cultural activities." A176 (Op.). Such "historical laws … are analogous *in purpose."* A179 (Op.). The motivations underlying historical firearm bans in "legislative assemblies, polling

---

[3] While there is no basis to limit the "sensitive places" doctrine only to those places with security measures, Times Square's security measures are extensive. The NYPD has a physical outpost in the Times Square Substation, renovated and redesigned in 2018 to "provid[e] increased surveillance and security" while using "modern technologies to further engage with the public [and] make the police department's presence in Times Square more visible and accessible." *NYPD and New York City Police Foundation Unveil Redesigned Substation at Crossroads of the World*, NYPD (Nov. 19, 2018). Its Intelligence Unit "has long trained hotel workers, from housekeepers to security directors, in how to recognize suspicious behavior." Mueller, *In Wake of Attacks, Tighter Security for Times Square on New Year's Eve*, N.Y. Times (Dec. 28, 2017). The Times Square Alliance also maintains a robust network of public safety officers that operates 24 hours a day, 7 days a week. *Public Safety Dep't*, Times Square Alliance.

places and courthouses," *Bruen*, 142 S. Ct. at 2133-2134, and "schools and government buildings," *District of Columbia v. Heller*, 554 U.S. 570, 626 (2008), indicate that such locational restrictions "protect valued civic activities and the ability of all citizens to live free of terror and intimidation." Blocher & Siegel, 116 Nw. U. L. Rev. at 176.

There is a historical tradition of banning firearms in places of public gathering that serve as a forum for civic participation. The historical justification for regulating guns in sensitive places such as schools, government buildings, and polling places, was to protect democratic community. *See* Blocher & Siegel, 98 N.Y.U. L. Rev. at 123-126. In these places, the "bonds of democratic community are formed and reproduced" and such restrictions were necessary to address concerns about violence and intimidation in the democratic process. *Id.* at 101 (emphasis omitted). Safeguarding protestors' ability to speak freely protects the ability of people to engage in democratic critique without fear or intimidation. *Id.* at 104. The Times Square firearm restriction encourages these same goals of promoting democratic community and is particularly important given Times Square's rich tradition as the quintessential place where people voice their opinions, enjoy an evening at the theater, and watch broadcasted news.

The historical record is rich with examples of laws that are analogous to the Times Square gun restrictions, both in purpose and in character. *See* Jewell, *The*

*Laws and Ordinances of the City of New Orleans* 1 (1882) (Art. 1) (prohibiting carrying "a dangerous weapon, concealed or otherwise, into any theatre, public hall, tavern, picnic ground, place for shows or exhibitions, house or other place of public entertainment or amusement") (enacted 1879); 1889 Ariz. Sess. Laws 17, no. 13, § 3 (prohibiting carrying "a pistol or other firearm …" to "any church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show or public exhibition of any kind, or to a ball room, social party or social gathering, or to any election precinct on the day or days of any election … or to any other public assembly." *See also* 1870 Tex. Gen. Laws 63; 1878 Miss. Laws 176; 1879 Mo. Laws 90. Just as these laws played a special role in history in preserving democratic community, the Times Square restriction aims to protect the same values of promoting a vibrant civic life where all people can gather.

## CONCLUSION

For these reasons, the Court should affirm the district court's denial of Plaintiffs' motion for preliminary and permanent injunction.

Respectfully submitted.

/s/ *Alan Schoenfeld*

ALAN SCHOENFELD
RYAN CHABOT
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 937-7294
alan.schoenfeld@wilmerhale.com

*Counsel for Amicus Curiae*
*The Times Square Alliance*

September 26, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), the undersigned hereby certifies that this brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B), as modified by Local Rule 32.1(a)(4), Local Rule 29.1, and Fed. R. App. P. 29(a)(5).

1. Exclusive of the exempted portions of the brief, as provided in Fed. R. App. P. 32(f), the brief contains 4,795 words.

2. The brief has been prepared in proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font and complies with the requirements of Fed. R. App. P. 32(a)(5)-(6).  As permitted by Fed. R. App. P. 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

*/s/ Alan Schoenfeld*
ALAN SCHOENFELD

September 26, 2023