

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

January 24, 2024

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Frey v. Bruen*, No. 23-365

Dear Ms. Wolfe:

I represent the state defendant-appellee in the above-captioned appeal. I write in response to plaintiffs-appellants' December 4, 2023, letter regarding felony charges against an individual named Edward Santalone, who is not a party to this litigation.

As an initial matter, plaintiffs' letter is irrelevant to this appeal, because whether plaintiffs could face felony or only misdemeanor charges for carrying firearms in New York City without a city permit is not at issue here.

In any event, plaintiffs' representations concerning Mr. Santalone are not properly before this Court, as they are not part of the record on appeal, and are by no means beyond dispute. *See, e.g.*, *Amara v. Cigna Corp.*, 53 F.4th 241, 257 n.8 (2d Cir. 2022), *cert. denied*, 143 S. Ct. 2484 (2023). Indeed, I have been informed that the New York County District Attorney's Office is no longer pursuing felony charges against Mr. Santalone; in light of the fact that he has a valid New York State license to carry a firearm, one of the original felony charges was dismissed, and the two others were reduced to misdemeanors. Plaintiffs' letter thus offers no basis to believe there is any likelihood of felony

charges against the plaintiffs in this case for merely carrying in New York City without a city permit.

This Court should affirm the district court's order for all the reasons stated in the appellees' briefs.

Respectfully,

/s/ Philip J. Levitz

Philip J. Levitz
Senior Assistant Solicitor General
(212) 416-6325

cc: Counsel of record (by ECF)