

June 25, 2024

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for
the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *Frey v. Nigrelli*, No. 23-365

Dear Ms. Wolfe,

    I represent the plaintiffs-appellants in the above-referenced matter. Defendants-appellees recently informed the Court of the Supreme Court's decision in *United States v. Rahimi*, No. 22-915, 2024 WL 3074728 (U.S. June 21, 2024) on which they rely on to support the challenged New York State regulations, likening "going armed to the terror of the people" with peaceful conduct.

    The pinnacle of the underlying "principles" of the Second Amendment is the "guarantee[d] …] right to possess and carry weapons in case of confrontation." *D.C. v. Heller,* 554 U.S. 570, 592 (2008). *Rahimi* relied on criminal conduct (going armed *to terrorize*) to uphold a federal statute that temporarily bans firearm possession by a person who has been found by a court, after a hearing, to pose a physical danger to another person. *Rahimi*, at *15 (Maj. Op.).

    From *Heller* through *Rahimi*, the Supreme Court has reinforced the premise that the Second Amendment presumptively protects the preexisting right of "the People" to possess and carry weapons in case of confrontation. *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1, 8 (2022). "That Amendment does not merely narrow the Government's regulatory power. It is a barrier, placing the right to keep and bear arms off limits to the Government." *Rahimi*, at *35 (Thomas, J dissenting); *Bruen*, at 17. "A regulation is constitutional only if the government affirmatively proves that it is consistent with the Second Amendment's text and historical understanding." *Rahimi*, at *29 (Barrett, J concurring); *Bruen,* at 26.

    Unlike *Rahimi,* the broad-brush statutes challenged by appellants are not limited to regulating *individual wrongdoing*. New York bars the *entire public* from engaging in innocent, peaceful conduct that falls squarely within the plain text of the Second Amendment and our Nation's historical

2 Overhill Road, Suite 400　　　　　*info@bellantoni-law.com*　　　　　(914) 367-0090 (t)
Scarsdale, New York 10583　　　　　www.bellantoni-law.com　　　　　(888) 763-9761 (f)

traditions – like the unconstitutional statutes challenged in *Heller, McDonald, Caetano,* and *Bruen*.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: Counsel of Record (by ECF)