

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

July 15, 2024

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

   Re: *Frey v. Bruen*, No. 23-365

Dear Ms. Wolfe:

  I write for the state and city defendants-appellees to advise the Court of the U.S. Supreme Court's recent order vacating this Court's judgment in *Antonyuk v. Chiumento*, 89 F.4th 271 (2024), and remanding for further consideration in light of the Supreme Court's recent decision in *United States v. Rahimi*, No. 22-915, 2024 WL 3074728 (June 21, 2024). *See Antonyuk v. James*, No. 23-910, 2024 WL 3259671 (July 2, 2024).

  As explained in defendants' June 24, 2024, letter, *Rahimi* strongly supports affirmance of the denial of the preliminary injunction in this case. Moreover, the reasoning and holding of *Rahimi* are both entirely consistent with this Court's prior opinion in *Antonyuk,* which remains highly persuasive precedent.

  For these reasons and those stated in defendants' briefs, this Court should affirm. However, defendants have no objection to holding this case pending a new opinion from this Court on remand in *Antonyuk*.

Respectfully submitted,

/s/ *Philip J. Levitz*

Philip J. Levitz
Senior Assistant Solicitor General
(212) 416-6325

cc: Counsel of record (by ECF)