

July 16, 2024

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for
the Second Circuit
40 Foley Square
New York, New York 10007

  Re: *Frey v. Nigrelli*, No. 23-365

Dear Ms. Wolfe,

  I represent the plaintiffs-Appellants in the above-referenced matter. Defendants-appellees recently informed the Court of the Supreme Court order vacating *Antonyuk v. Chiumento,* 89 F.4th 271 (2024) and remanding for further consideration in light of the Supreme Court's decision in *United States v. Rahimi*, 144 S. Ct. 1889 (2024), and request that this Court stay a decision in this case pending a new determination from this Court on remand in *Antonyuk.*[1]

  No stay is warranted. *Rahimi* reaffirmed the presumptive existence and protected right of "the People" to carry firearms for self-defense. *Rahimi* upheld a federal statute under which it is a crime to possess firearms while subject to a domestic violence restraining order that was issued after such individual has been *adjudicated by a court* and found to be a "credible threat to the physical safety of others." *Rahimi*, at 1903. 18 U.S.C. § 922(g)(8) allows *temporary* disarmament of an individual adjudicated to be "dangerous" to another person after notice and an opportunity to be heard.

  The "Second Amendment right may only be burdened once a defendant has been found to pose a credible threat to the physical safety of others." *Rahimi*, 144 at 1902 (rejecting government's view that people who are "not responsible" can also be disarmed").

  By the holding in *Rahimi,* the presumptive lawfulness of the peaceful possession and carriage of firearms by "the People" for self-defense remains unchanged. Individual assessments of every member of "the People" *before* they can exercise the Right finds no support in the *Rahimi* opinion or this Nation's historical traditions.

  New York bars the *entire public* from engaging in protected conduct that falls squarely within the plain text of the Second Amendment - like the unconstitutional statutes challenged in *Heller,*

---

[1] See *Antonyuk v. James*, No. 23-910, 2024 WL 3259671 (July 2, 2024).

2 Overhill Road, Suite 400  *info@bellantoni-law.com*  (914) 367-0090 (t)
Scarsdale, New York 10583  www.bellantoni-law.com  (888) 763-9761 (f)

- 2 -

*McDonald, Caetano,* and *Bruen.*

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: Counsel of Record (by ECF)