**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: September 19, 2025<br>Docket #: 23-365cv<br>Short Title: Frey v. Bruen | DC Docket #: 21-cv-5334<br>DC Court: SDNY (WHITE PLAINS)<br>DC Judge: Roman |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8513.