# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand twenty-five.

Before:     Robert D. Sack,
            Reena Raggi,
            Joseph F. Bianco,
                 *Circuit Judges*.

_____

Jason Frey, Brianna Frey, William Sappe,            **JUDGMENT**

         Plaintiffs - Appellants,                   Docket No. 23-365

Jack Cheng,

         Plaintiff,

v.

City of New York, New York, Jessica S. Tisch, in her official capacity as Commissioner of the New York Police Department, Steven G. James, in his official capacity as Superintendent of the New York State Police,

         Defendants - Appellees.

_____

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED, and the matter is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

